## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### _Eastern_ DIVISION

RECEIVED

2008 JAN 30 A 9: 47

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Teresa Valencia**
**6730 Pamela Court**
**Montgomery, Alabama 36116,**
**(Plaintiff)**


**Museum Specialist**
**Department of Interior - National Park Service**
**Tuskegee Institute  National Historic Site**
**1212 West Montgomery Road**
**Tuskegee, Alabama 36088**


**-vs-**


**Department of Interior, Washington, D.C.**     Civil Action No.: 3:08CV69-WKW
**Defendant(s)**
**(1) Catherine Farmer Light, Superintendent**     **"Demand for Jury Trial"**
**(2) Herbert Tyrone Brandyburg, Superintendent**


**(Breach of Implied Contract Disparate Treatment of Employment Practices.)**

**Now comes Teresa Valencia moves this Federal Court in proper for a complaint**
**against the above named defendant(s) for breach of implied contract of employment**
**alleging disparate treatment, hazardous work environment, denial of sick leave,**
**worker's compensation all in violation of her Federal Rights to happiness**
**guaranteed by the 14th Amendment of the U.S. Constitution.**

**Defendent(s) Address:**

Catherine Farmer Light, Superintendent
Tuskegee Institute National Historic Site
1212 West Montgomery Road
Tuskegee, Alabama 36088

Herbert Tyrone Brandyburg, Superintendent
Moores Creek National Battlefield
40 Patriots Hall Drive
Currie, North Carolina 28435

**(1) Hazardous Work Environment**

When working on a loan agreement with the Field Museum located in Chicago, Illinois, it was brought to my attention that several objects in the museum collection were heavily laced with arsenic and lead. My former supervisor Mr. Herbert Tyrone Brandyburg was fully aware of the contaminated museum collection, but did absolutely nothing to inform me of this fact prior to nor after my acceptance of the museum specialist position at Tuskegee Institute National Historic Site. (Note:  Mr. Herbert Tyrone Brandyburg served as Museum Curator at Tuskegee Institute National Historic Site and had direct knowledge about the contaminated collection.)

Upon notification from the Field Museum in Chicago, Illinois, I requested from both Superintendent Catherine Farmer Light and former supervisor, Mr. Herbert Tyrone Brandyburg to be tested for "occupational exposure" to lead and arsenic. Both Superintendent Catherine Farmer Light and former supervisor, Mr. Herbert Tyrone Brandyburg were unwilling to assist me. Assistance was only made available after I made contact with the Washington, D.C. office and informed Mr. Louis Rowe and Mr. Edward Perez about my safety concerns. Both of these gentlemen work in safety positions with the National Park Service.

Eventually I was sent to the Richard B. Russell Building Health Unit located at 75 Spring Street, S.W., in Atlanta, Georgia on April 3, 2007. On April 13, 2007, I received a call from the Health Unit stating that a portion of my specimens were missing and I would need to be retested. (note: wrote several letters to the Health Unit requesting the chain of custody for my specimens, but never received any response). On April 16, 2007, the contaminated museum collection at the park had disappeared. I notified both Mr. Louis Rowe and Mr. Edward Perez about the missing items and I was placed in touch with Safety Officer, Ms. Linda Giles, who suggested that I ask my supervisor the location of the contaminated collection to see if they were placed on loan with another institution. Due to the fact, that I am responsible for the museum collection I asked my supervisor the location and whereabouts of the collection. He was unwilling to provide me with any information. Interpretive Park Ranger Shirley Baxter who is assigned to the George Washington Carver Museum sent an email to Law Enforcement Officer Kevin Colley, Acting Chief of Resource Education Robyn Harris and myself  informing us that an artifact in the museum was missing.  It was one of the contaminated pieces.  She received no response from anyone having knowledge of what happened to the artifact.

Because I notified Washington, D. C., I was threatened with disciplinary action for having informed them of safety concerns. Superintendent Catherine Farmer Light stated that "the folks in Washington, D.C., had no business knowing what's going on down here." Also, my professionalism and integrity was called into question by both Superintendent Catherine Farmer Light and former supervisor Mr. Herbert Tyrone Brandyburg as they verbally accused me of intentionally contaminating myself. I felt that I had no other option, but to write a formal complaint to the Occupational Safety and Health Administration.

Notice of Unsafe or Unhealthful Working Conditions - Occupational Safety and Health
Administration
Cited with 6 Serious Violations
Please see attached

Was forced by Superintendent Catherine Farmer Light and former supervisor Mr.
Herbert Tyrone Brandyburg to move my office from the curatorial storage building,
which is located off the Tuskegee University campus to the Carver Museum, which is
located on the campus. I was forced to move from one unsafe unhealthful working
environment to another. Mr. Herbert Tyrone Brandyburg's old office is where I was
forced to relocate. That office is located in the basement or downstairs area of the Carver
Museum. The air vents in the entire downstairs area are covered with mold spores.

Though Tuskegee Institute National Historic Site was cited with 6 serious violations park
management still showed a lack of concern for employee safety. On August 15, 2007, the
Facility Manager Andrew Callens contracted the stripping/sealing of the floor tiles in the
Carver Museum bathrooms. The park did not assign a properly trained Contracting
Officer (COTR) to ensure that the contractors were in compliance with Federal
Regulations. The contractors were not wearing personal protective equipment (PPE),
Material Safety Data Sheets (MSDS) for the chemicals (muriatic acid) being used were
not posted, and the ventilation was inadequate causing both breathing and eye irritation to
both visitors and staff. Because I was running late for a doctors appointment I asked
Interpretive Park Ranger Shirley Baxter to notify Administrative Officer Shirley Streeter
about the safety issue since Shirley Streeter was currently the Acting Superintendent.
Upon notification of the safety concern Mr. Herbert Tyrone Brandyburg confiscated the
muriatic acid and posted Material Safety Data Sheets for Mex Seal Topical Sealer and
Stone Glamor Penetrant/Topical Sealer. Park Gardener Edward Wilson pointed out the
container of muriatic acid.

August 17, 2007, I was verbally reprimanded by Facility Manager Andrew Callens for
having pointed out several safety and health issues (i.e., mold from vents, water leak from
ceiling, lack of suitable screening for vermin prevention on exterior of Carver Museum)
that the maintenance crew had overlooked when inspectors from Carter/Burgess out of
Denver, Colorado, were conducting a building inspection.

**(2) Allegations of Disparate Treatment**

December 30, 2006, I suffered heart failure from syncope, hypokalemia, and severe
dehydration. Doctor Gilberto Sanchez requested that I be excused from work until
January 12, 2007. I returned to work on January 16, 2007 and on January 17, 2007, while
conducting my regular routine duties I sensed that something was wrong and asked
Interpretive Park Ranger Robyn Harris to go to my personal vehicle and get my blood
pressure cuff. My blood pressure was 180/110. I immediately called Dr. Gilberto Sanchez
and he told me to go to the emergency room immediately. I had informed Interpretive
Park Ranger Robyn Harris that I needed to go to the emergency. At approximately 9:50
a.m., Interpretive Park Ranger Robyn Harris called Mr. Herbert Tyrone Brandyburg and

told him that she was going to take me to the emergency room in Montogmery, Alabama in my personal vehicle. At approximately 6:00 p.m. Mr. Brandyburg showed up at Baptist South Hospital in order to confirm that I was indeed at the hospital. On February 18, 2007 at approximately 11:30 a.m. Mr. Brandyburg called me in my hospital room demanding my password for my computer in order to get the park newspaper that Mr. John Whitfield and I had been working on. I informed Mr. Brandyburg that the paper was still under development, but stated that he wanted to send it to the printers and that he would complete it. However, Mr. Brandyburg did not send it to the printers until several months later and Mr. John Whitfield and I completed the park newspaper. This is further harassment on Mr. Brandyburg's part towards me.

On January 23, 2007, I gave both Site Manager Deanna Mitchell (Tuskegee Airman National Historic Site) and former supervisor/Chief of Resource Education and Interpretation a note from Doctor Gilberto Sanchez requesting that I be placed on light duty for six weeks or until further notice. When I presented Mr. Herbert Tyrone Brandyburg with the doctors note requesting light duty Mr. Brandyburg stated that my position description would need to be re-written. I told him that I did not understand why my position description needed to be re-written when on several occasions I have requested a review of my position description in order that it accurately reflect my duties and responsibilities since I was only hired as the Museum Specialist for Tuskegee Institute National Historic Site and not for Selma to Montgomery National Historic Trail or Tuskegee Airmen National Historic Site, but have been responsible for the museum collection for all three sites since my arrival in October of 2002.

February 2, 2007, Mr. Herbert Tyrone Brandyburg was Acting Superintendent and sent me a letter asking for in-depth medical documentation, which is in excess of the medical certification required under the Family Medical Leave Act (FMLA). Also, Mr. Herbert Tyrone Brandyburg did not attach any documents as stated in his memorandum. In the same memorandum I was told that Leave Without Pay (LWOP) is approved leave and is a privilege that cannot be demanded as a right by the employee. However, as of February 5, 2007, I had 173 hours of accrued annual leave, which can be used for emergency purposes. I sent a certified letter responding to Mr. Brandyburg's memorandum.

On February 2, 2007, I was diagnosed with coronary artery disease. Doctor Gilberto Sanchez faxed a letter to Mr. Herbert Tyrone Brandyburg stating that I had coronary artery disease and that I was unable to return to work, because the condition was detrimental to my health. Mr. Tyrone Brandyburg continued to harass me, so again on February 7, 2007, Dr. Gilberto Sanchez again faxed another letter stating that I had coronary artery disease and that the duration of the condition was unknown until I was able to be seen by a cardiologist to have the problem resolved.

Interpretive Park Ranger Carla Cowles Whitfield also suffers with several health issues and has not been harassed by management in the same manner as I have. Also, Ms. Carla Cowles Whitfield has been allowed on occasion to telecommute from her residence. This on-going harassment has caused me much undue stress.

I was threatened by former supervisor, Mr. Herbert Tyrone Brandyburg when during a routine interpretive staff meeting I asked when was the last time the park was audited. I asked this question when former Superintendent Brenda Mobley placed the park $250,000 over budget. Mr. Herbert Tyrone Brandyburg stated that I was never to ask that question again. I then asked the question again and Mr. Herbert Tyrone Brandyburg threatened to fire me. I told Mr. Herbert Tyrone Brandyburg that it was within her rights as an American tax payer to ask when the park was audited last. At that point, Mr. Herbert Tyrone Brandyburg threatened the entire interpretive staff and told them if they wanted to keep their jobs they would never ask that question again. At that point the subject was dropped and the interpretive staff meeting continued.

During the time of Superintendent Brenda Mobley's tour of duty at Tuskegee Institute National Historic Site, Tuskegee University English instructor Carolyn Gephard asked both Chief of Resource Education and Interpretation Herbert Tyrone Brandyburg and Superintendent Brenda Mobley for National Park Service support for the Ed Pryce Exhibition that would be displayed at the Carver Museum. Both Superintendent Brenda Mobley and former supervisor, Mr. Herbert Tyrone Brandyburg stated that Tuskegee Institute National Historic Site would support such an exhibition. I was tasked with the full responsibility of painting and constructing exhibit panels. I was supposed to get assistance from the maintenance staff, but according to several maintenance workers, the former Facility Manager Juan Gomez told the maintenance staff that they were not to assist me. I was tasked with maneuvering 4'x8' ¾" plywood panels single handedly until assistance was given by former maintenance employee Carla McCurty. Once the construction and painting of the panels were completed I received assistance from the Tuskegee University Art Instructor Amy Bryant's class moving the panels from the basement of the Carver Museum to the first floor. The night before the grand opening of the exhibition Mr. Herbert Tyrone Brandyburg stated that he would assist me with the hanging of the exhibition, but he did absolutely nothing to assist. Due to the laborious task I was faced with I ended up with carpal tunnel in both hands.

Superintendent Catherine Farmer Light as well as former supervisor, Mr. Herbert Tyrone Brandyburg have created a hostile work environment for me by not taking action when hearing rumors and spreading rumors about my sexual orientation/assumed orientation.

I notified Superintendent Catherine Farmer Light concerning harassment by Facility Manager, Andrew Callens when he filmed/photographed me on my personal lunch break. I immediately notified Superintendent Light and asked her if she authorized Mr. Andrew Callens to follow me and film/photograph me. Superintendent Light stated that Mr. Andrew Callens was within his rights according to Regional Human Resources Specialist Anthony Stennis. I then asked Superintendent Catherine Farmer Light if I should then assume that Mr. Andrew Callens is within his rights to film/photograph me using the restroom over in the maintenance building since I am forced to use a restroom utilized by an all male maintenance staff. Superintendent Light then stated that that would be far fetched. However, I believe following me on my personal lunch break is far fetched.

**(3) Denial of Sick Leave and Denial of Family Medical Leave Act Right's**

On several occasions I have been threatened with the denial of my sick leave as well as my right to invoke my Family Medical Leave Act Right's, but each time I have submitted documentation from my physician I am repeatedly told that the documentation from my physician is unacceptable.

As I mentioned previously I was diagnosed with coronary artery disease and even though my physician faxed my former Supervisor/Acting Superintendent Herbert Tyrone Brandyburg a letter stating that fact it was unacceptable to him. I was told that the medical documentation was not sufficient to invoke my Family Medical Leave Act Rights.

My physician Gilberto Sanchez also submitted a letter stating that he believed a lot of my health issues were related to my exposure to arsenic and lead. Superintendent Catherine Farmer Light questioned my doctor's professionalism as well as his integrity and continued to refuse to offer me any form of assistance as well as deny me my right to invoke my Family Medical Leave Act Rights due to unacceptable documentation from my physician.

**(4) Denial of Workers Compensation**

On June 15, 2007, my union Vice President Bobby Henderson, Chief Steward Wendell Echols, Interpretive Park Ranger Robyn Harris (then Acting Chief of Resource Education and Interpretation), Superintendent Catherine Farmer Light, and myself met to discuss my health situation as well as my request to be placed on the "leave share program."

Superintendent Catherine Farmer Light stated that she wanted to keep Ms. Robyn Harris out of this situation, but wanted her to attend the meeting with all of us. Superintendent Catherine Farmer Light had the opportunity to review a letter from my physician and stated that she was unwilling to assist me and questioned my physician's integrity and professionalism. She was irate when she read the letter from Doctor Gilberto Sanchez which stated that it was his belief that my decline in health could possibly be linked to my exposure to lead and arsenic. Also, we requested that I be allowed to invoke my Family Medical Leave Act Rights once again even though I tried to invoke my Family Medical Leave Act Rights back in February 2007 after being told that I had coronary artery disease. Each time I tried to invoke my Family Medical Leave Act Rights I was denied due to what Superintendent Catherine Farmer Light and former supervisor, Mr. Herbert Tyrone Brandyburg called unacceptable medical documentation. However, I would like to note that during this meeting, Superintendent Catherine Farmer Light informed me that she was able to invoke her Family Medical Leave Act Rights in order to take several weeks off from July thru September due to pregnancy.

My union representatives also requested that I be given assistance in filing a workers compensation claim. I submitted a CA-1 claim on-line, but neither my former supervisor,

Mr Herbert Tyrone Brandyburg nor Acting Chief of Resource Education and Interpretation Robyn Harris completed the paperwork process.

## (5) Reprisal

I am the Union Shop Steward for Tuskegee Institute National Historic Site and have faced reprisal from management for organizing Tuskegee Institute National Historic Site employees to unionize.

Due to the fact, that I am a key witness in an EEO complaint where Interpretive Park Ranger Robyn Harris, Superintendent Catherine Farmer Light, and former Chief of Resource Education and Interpretation Herbert Tyrone Brandyburg systematically conspired against Interpretive Park Ranger Shirley Baxter's removal from Federal Service I faced on-going harassment and retaliatory behavior. They proposed that other interpretive staff document all of Interpretive Park Ranger Shirley Baxter's activities; this is a direct misappropriation of Federal tax dollars.

In September of 2007, I wrote a letter to United States Senator Jeff Sessions asking that an investigation of Tuskegee Institute National Historic Site be conducted. I received a response from Senator Sessions on September 24, 2007 stating that he believed it is important that the proper officials at the Department of the Interior - National Park Service have the opportunity to review my comments. To ensure that this was accomplished Senator Sessions forwarded my letter to Elaine Hackett, Congressional Liaison for the National Park Service. On October 22, 2007, I received a response from Acting Southeast Regional Director Art Fredrick who stated that there were no clear allegations in my email regarding "gross mismanagement," threats, or harassment. On October 23, 2007, my pay ceased and on October 24, 2007, I received a certified letter from Superintendent Catherine Farmer Light stating that my medical documentation was no longer acceptable. I was then given the deadline of November 9, 2007 to furnish the requested medical documentation or face being considered AWOL and possible removal from Federal Service. I was not given any notice that my pay was about to cease. I had requested to be allowed to telecommute from my home, but was told there were no accommodations for me.

On November 29, 2007, Superintendent Catherine Farmer Light sent me an email requesting that I complete the on-line Performance Management Training and my 2008 work plan. I responded to Superintendent Catherine Farmer Light via email as well as by certified letter stating that I had originally asked for accommodations back in August of 2007, but was told that the park could not accommodate my wishes to telecommute from home. I then asked her if there were no accommodations when I originally asked what, if anything had changed? Due to the park's lack of assistance, I have been faced with overwhelming financial hardships.

In 2006, myself and Interpretive Park Ranger Shirley Baxter submitted a "No Vote of Confidence Memorandum" to the former Southeast Regional Director Patricia Hooks thru Superintendent Catherine Farmer Light requesting that the former Chief of Resource

Education and Interpretation, Herbert Tyrone Brandyburg, be removed, reassigned, or request of resignation. The former Regional Director acknowledged the submission of our letter, but said upon investigation she found no grounds for our request. I would like it duly noted that Shirley Baxter and I were never questioned about our allegations by the Regional Director and I am unsure how she based her decision that there was no basis for the "No Vote of Confidence Memorandum" pertaining to Herbert Tyrone Brandyburg's management system and philosophy of intimidation and rude behavior. Ms. Shirley Baxter continued to formally question the process that was used to come to this conclusion, but the National Park Service has refused to cooperate. Due to the fact, I have spoken out against his management approach I have been singled out and this had developed into a management vendetta against me and other employees.

Wherefore it can be construed by the allegations of this complaint...

(I) disparate treatment,
(II) hazardous work environment,
(III) denial of sick leave,
(IV) denial of workers compensation,
(V) and reprisal

are sufficient to establish breach of an implied contract. The plaintiff is an employee of a Federal Agency of immense responsibilities that this court cannot ignore or tolerate. The superior officers were never reprimanded. This is not a case of EEOC of which discrimination would entail. Under the current conditions plaintiff can no longer continue her employment with the Department of Interior - National Park Service (Tuskegee Institute National Historic Site). On October 24, 2007 Superintendent Catherine Farmer Light informed the plaintiff that in order to avoid being placed as AWOL (absence without leave) and to be placed on the nationwide "voluntary leave share program" the plaintiff would have to resubmit medical documentation, which was previously submitted. I contend that this is a form of continued harassment given that the plaintiff previously submitted all the medical records required. I would like it duly noted that the "leave share program" is a voluntary contribution of leave by other employees and is not necessarily a guaranteed or reliable source of income to meet plaintiffs financial obligations. Denying the plaintiff the opportunity to telecommute from home is nothing more than a form of constructive discharge by the Department of Interior – National Park Service (Tuskegee Institute National Historic Site).

The Department of Interior - National Park Service has no documentary evidence of failure to perform the duties of Museum Specialist.

Plaintiff seeks the following damages:

(I) Physical damages, one-hundred twenty five thousand ($125,900) dollars,
(II) Outstanding debts, twenty-five thousand ($25,000) dollars,
(III) Loss wages, fifty-one thousand ($51,000) dollars,
(IV) Emotional distress, along with
(V) Pain and suffering five hundred thousand ($500,000) dollars

A total of seven-hundred and one thousand and nine-hundred ($701,900) dollars


_____
(Signature and date) pro se

_____
(Address)


_____


_____
(Phone Number)

**Witness List**

James Lowe, Union President
AFGE Local 110
2400 Hospital Road
Tuskegee, Alabama 36083
(334)727-0550 ext. 3454

Bobby Henderson, Union Vice President
AFGE Local 110
2400 Hospital Road
Tuskegee, Alabama 36083
(334)202-7095 or (334)727-0550 ext. 3454

Wendell Echols, Chief Steward
AFGE Local 110
2400 Hospital Road
Tuskegee, Alabama 36083
(334)421-2113 or (334)727-0550 ext. 3454

Tuxberry Suber II, Industrial Hygienist
U.S. Department of Labor
Occupational Safety and Health Administration
1141 Montlimar Drive, Suite 1600
Mobile, Alabama 36609
(251)441-6131or (251)370-4380

Janet Jackson, M. Ed., LPC
Behavioral Medicine
6324 Woodmere Boulevard
Montgomery, Alabama 36117
(334)272-3889

Kenneth Walton, Volunteer In Parks
University Inn #34
P.O. Box 2745
Cullowhee, North Carolina 28723
(512)496-0199 or (828)290-2224

Deanna Mitchell, Site Manager
Tuskegee Airmen National Historic Site
1616 Chappie James Avenue
Tuskegee, Alabama 36083
(334)724-0922 or (850)832-9930

Carla McCurty, Park Guide
Tuskegee Airmen National Historic Site
1616 Chappie James Avenue
Tuskegee, Alabama 36083
(334)724-0922

Christine Biggers, Interpretive Park Ranger
Tuskegee Airmen National Historic Site
1616 Chappie James Avenue
Tuskegee, Alabama 36083
(334)724-0922

John Whitfield, Park Guide
Tuskegee Airmen National Historic Site
1616 Chappie James Avenue
Tuskegee, Alabama 36083
(334)724-0922 or (334)283-4100

Carla Cowles Whitfield, Interpretive Park Ranger
Tuskegee Institute National Historic Site
1212 West Montgomery Road
Tuskegee, Alabama 36088
(334)727-3200 or (334)283-4100

Shirley Baxter, Interpretive Park Ranger
Tuskegee Institute National Historic Site
1212 West Montgomery Road
Tuskegee, Alabama 36088
(334)727-3200 or (334)300-5945

Edward Wilson, Gardener
Tuskegee Institute National Historic Site
1212 West Montgomery Road
Tuskegee, Alabama 36088
(334)799-0965

Renee Frazier
2090 Kingsbury
Montgomery, Alabama 36106
(706)464-9032

Diane May
936 Peartree Road
Auburn, Alabama 36830
(334)663-6294 or (334)240-6588



CERTIFIED MAIL™

7007 2560 0000 1623 8988