AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

2008 JAN 30 A 9: 47

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3: 08CV69-WKW

I, _Teresa Lynn Valencia_ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☑ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☑ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Case 3:08-cv-00069-WKW-TFM    Document 2    Filed 01/30/2008    Page 2 of 3

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____    _____
Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



*American Federation of Government Employees Local 110*
P.O. Box 2531
2400 Hospital Rd.
Tuskegee, AL 36083
Telephone: 334-727-0550 Ext 3454
Fax: 334-724-6846

RECEIVED
2008 JAN 30 A 9: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**To:** Whom it may concern
**From:** President, AFGE Local #110
**Date:** January 17, 2008
**Subject:** Financial Hardship, Teresa Valencia

This letter serves as verification that Ms Teresa Valencia is currently undergoing severe financial hardship due to her inability to perform her duties with the National Park Service located in Tuskegee Alabama. She has experienced severe medical episodes on several occasions over the last 3 years or so. She has exhausted all means of sick and annual leave which Employees normally use to offset their pay during extended illness or injury.

Ms Valencia has applied for Disability Retirement and is awaiting a decision from the Department of Interior. She is also awaiting compensation from the Office of Workman's Compensation and Pensions. We are at this time requesting that all financial obligations incurred prior to her hardship be placed on hold until her situation is resolved and her pay is reimbursed.

If there are any concerns please contact me at 334-727-0550 Ext 3454.

Respectfully,

James K. Lowe, President, AFGE Local #110