IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-cv-069-WKW |
| | ) |
| DEPARTMENT OF INTERIOR, | ) |
| WASHINGTON, DC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Terry F. Moorer, for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 1st day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE