IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, DC, *et al.*, ) | |
| Defendants. ) | |

### **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), the undersigned Magistrate Judge considers the supporting affidavit of Plaintiff Teresa Valencia for her *Application to Proceed without prepayment of Fees and Affidavit* (Doc. 2, filed January 30, 2008).

In her affidavit, Plaintiff states she is currently employed, but neglects to provide data concerning her salary. Thus, the court cannot assess her eligibility under 28 U.S.C. §1915 to proceed without prepayment of fees and costs..

Accordingly, it is **ORDERED** that Plaintiff file by **February 15, 2007** an amended application which includes all information requested. <u>Failure to comply will result in a recommendation that her lawsuit be stayed pending prepayment of requisite filing fees</u>.

The Clerk is **DIRECTED** to mail with this Order an application and affidavit to proceed in *forma pauperis*.

DONE this 1st day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE