**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

U. S. Attorney's Office
Attn: Civil Process Clerk
P. O. Box 197
Montgomery, AL 36101-0197

08cv69 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _DeMonika Donnir_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DeMonika Donnir
C. Date of Delivery: 2/8/2008

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0024 7939

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540