■ ...ll 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space...

Complete items 1, 2, and 3. Also complete

**COMPLETE THIS SECTION ON DELIVERY**

1.

Catherine Farmer Light, Superintendent
Tuskegee Institute National Historic Site
1212 West Montgomery Road
Tuskegee, AL 36088

A. Signature

X _Shirley C. Obie_

B. Received by ( Printed Name)

_Shirley Obie_

☐ Agent
☐ Addressee

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2. Article Number
(Transfer from service label)

08CV69 S+c

7007 1490 0000 0024 7908

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004      Domestic Return Receipt