**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the US
US Dept of Justice
10th and Constitutional Ave.
Washington, DC 20530

08cv69 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gerald Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name): FEB 11
C. Date of Delivery: 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0000 0024 7946

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540