| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M. [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery   FEB 1 2 2008 |
| [redacted address block]<br><br>08cv695+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 7922 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |