IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **3:08-CV-069-WKW** |
| | ) |
| DEPARTMENT OF INTERIOR, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

Comes now the Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that their time to answer or otherwise respond to the complaint in the above-styled matter be extended for a period of twenty-one (21) days, to and including Tuesday, April 29, 2008, and as grounds states as follows:

1.      The Defendants' answers or other responses to the Complaint in this cause are currently due to be filed on or before April 8, 2008.  It appears from the pleadings in this matter the Plaintiff is attempting to bring suit against federal officials not only in their official capacities but in their individual capacities as well.  As this Court is aware, the United States Attorney may not undertake the representation of federal employees in their individual capacities without approval of the Department of Justice.

2.      The representation requests of the named individual Defendants are being

processed within the involved federal agency and have not yet been approved by the United States Department of Justice.

    3.    In addition, the litigation report which is essential for the undersigned to adequately respond to Plaintiff's claims, has not yet been received from the Department of Interior.

    4.    As such, in the interest of judicial economy, the undersigned requests an extension of twenty-one (21) days in which to answer of otherwise respond to the complaint. It is anticipated that during this time the named individuals will be granted representation and that the undersigned will thus have the authority to enter an answer or other response for all Defendants at the same time.

WHEREFORE, the undersigned moves this Court for an extension of time, to and including, Tuesday, April 29, 2008, in which to file an answer, responsive pleading(s) and/or motion(s) in this matter.

Respectfully submitted this 2nd day of April, 2008.

                              LEURA G. CANARY
                              United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF, and I further certify that I have served a copy of same upon Plaintiff via U.S. Postal Service, postage pre-paid and addressed as follows:

Teresa Valencia
6730 Pamela Court
Montgomery, Al 36116

    /s/James J. DuBois
Assistant United States Attorney