IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, DC, *et al.*, ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Defendant's *Motion for Extension of Time to File Answer or Other Response* (Doc. 14, filed April 2, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED**. As such, the Answer is now due **April 29, 2008**.

DONE this 2nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE