IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:08-CV-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, D.C.; ) | |
| CATHERINE FARMER LIGHT, ) | |
| SUPERINTENDENT, IN HER ) | |
| INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY; AND ) | |
| HERBERT TYRONE BRANDYBURG, ) | |
| SUPERINTENDENT, IN HIS ) | |
| INDIVIDUAL CAPACITY AND ) | |
| OFFICIAL CAPACITY, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COME NOW the Federal Defendants, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    These parties are governmental entities,

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Dated this the 29th day of April, 2008.

>LEURA G. CANARY
>United States Attorney
>
>By: s/James J. DuBois
>JAMES J. DUBOIS
>Assistant United States Attorney
>GA Bar Number: 231445
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: **James.DuBois2@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Teresa Valencia
6730 Pamela Court
Montgomery, AL 36116

>s/James J. DuBois
>Assistant United States Attorney