IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 3:08-CV-069-WKW |
| | ) |
| DEPARTMENT OF INTERIOR, | ) |
| WASHINGTON, D.C.; | ) |
| CATHERINE FARMER LIGHT, | ) |
| SUPERINTENDENT, IN HER | ) |
| INDIVIDUAL CAPACITY | ) |
| AND OFFICIAL CAPACITY; AND | ) |
| HERBERT TYRONE BRANDYBURG, | ) |
| SUPERINTENDENT, IN HIS | ) |
| INDIVIDUAL CAPACITY AND | ) |
| OFFICIAL CAPACITY, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d) (1) the United States is substituted as party defendant for Catherine Farmer Light and Herbert Tyrlone Brandyburg in relation to Plaintiff's negligence claims. In support of this Notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. Catherine Farmer Light and Herbert Tyrone Brandyburg are Defendants in this case. The Complaint alleges, among other things, that Ms. Light and Mr. Brandybury negligently exposed Plaintiff to lead artifacts and mold spores while she was working as a Museum Specialist at the Tuskegee National Historic Site. (Amended Complaint, ¶¶ 5-11). She also asserts that Mr. Brandyburg caused her to suffer carpel tunnel syndrome by not helping her set up an exhibit. (Amended Complaint, ¶ 17).

2. Ms. Light is the Superintendent for the Tuskegee National Historic Site, United States Department of the Interior. Mr. Brandyburg is the Superintendent of the Moores Creek National Battlefield, United States Department of Interior, and during the relevant times at issue in Plaintiff's Amended Complaint was the Chief of Interpretation and Education at the Tuskegee Institute National Historic Site. Pursuant to 28 U.S.C. § 2679 (d)(1), the United States Attorney for the Middle District of Alabama has certified that Ms. Light and Mr. Brandyburg were acting within the scope of their federal offices or employment at the time of the incident out of which plaintiff's claims arise. *See* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the Attorney General's scope-of-employment certification is filed with this Notice as Exhibit 1.

3. Substitution of the United States as party defendant for Ms. Light and Mr. Brandyburg.has occurred by operation of law, and Plaintiff's wanton conversion claims shall proceed as claims solely against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(1).

WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (1), the United States has been substituted as party defendant for Ms. Light and Mr. Brandyburg in relation to Plaintiff's tort and other State-law claims.

Respectfully submitted this 29th day of April, 2008.

                        LEURA G. CANARY
                        United States Attorney

By:    s/James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        Georgia Bar No. 231445
        United States Attorney's Office
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7418
        E-mail:  james.dubois2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Teresa Valencia
6730 Pamela Court
Montgomery, AL 36116

                                      s/James J. DuBois
                                        Assistant United States Attorney

# EXHIBIT 1

Case 3:08-cv-00069-WKW-TFM     Document 17-2     Filed 04/29/2008     Page 1 of 3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERESA VALENCIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **3:08-CV-069-WKW** |
| ) | |
| **DEPARTMENT OF INTERIOR,** ) | |
| **WASHINGTON, D.C.;** ) | |
| **CATHERINE FARMER LIGHT,** ) | |
| **SUPERINTENDENT, IN HER** ) | |
| **INDIVIDUAL CAPACITY** ) | |
| **AND OFFICIAL CAPACITY; AND** ) | |
| **HERBERT TYRONE BRANDYBURG,** ) | |
| **SUPERINTENDENT, IN HIS** ) | |
| **INDIVIDUAL CAPACITY AND** ) | |
| **OFFICIAL CAPACITY,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that defendant Catherine Farmer Light was acting within the scope of her federal office or employment as Superintendent of the Tuskegee Institute National Historic Site, and defendant Herbert Tyrone Brandyburg was acting within the scope of his federal office or employment as Chief of Interpretation and Education at the Tuskegee Institute National Historic Site, at the time of the incident out of which this claim arises. I have been apprised of the facts giving rise to this action and make this certification on the basis of the information now available to me with respect to the incident referred to in the complaint.

Dated this 23rd th day of April, 2008.

                                               *Leura T. Canary*
                                               LEURA G. CANARY
                                               United States Attorney
                                               SJIS #GAR030