IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA VALENCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:08-CV-069-WKW |
| | ) | |
| DEPARTMENT OF INTERIOR, | ) | |
| WASHINGTON, D.C.; | ) | |
| CATHERINE FARMER LIGHT, | ) | |
| SUPERINTENDENT, IN HER | ) | |
| INDIVIDUAL CAPACITY | ) | |
| AND OFFICIAL CAPACITY; AND | ) | |
| HERBERT TYRONE BRANDYBURG, | ) | |
| SUPERINTENDENT, IN HIS | ) | |
| INDIVIDUAL CAPACITY AND | ) | |
| OFFICIAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move to dismiss this lawsuit pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants show that Plaintiff's claims must be dismissed because the Defendants are protected by sovereign immunity, this Court lacks subject matter jurisdiction, and she has failed to state claims upon which relief can be granted.

A memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, Defendants' Motion is due to be and should be granted, this matter should be dismissed, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 29th day of April, 2008.

                                        LEURA G. CANARY
                                      United States Attorney

By: s/James J. DuBois
     JAMES J. DUBOIS
     Assistant United States Attorney
     Georgia Bar No. 231445
     United States Attorney's Office
     Post Office Box 197
     Montgomery, AL 36101-0197
     Telephone: (334) 223-7280
     Facsimile: (334) 223-7418
     E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Teresa Valencia
6730 Pamela Court
Montgomery, AL 36116

                      s/James J. DuBois
                      Assistant United States Attorney