IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, DC, *et al.*, ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is *Defendants' Motion to Dismiss* (Doc. 18, filed April 29, 2008). For good cause, it is hereby **ORDERED** that the motion be submitted without oral argument on **May 27, 2008.**

It is further **ORDERED** that Plaintiff file a response which shall include a brief and evidentiary materials on or before **May 20, 2008**. Defendants may file a reply brief on or before **May 27, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if she fails to file *any* response, the court will

proceed to decide on the merits of Defendants' motion without the benefit of her response.

    2.   Failure to follow the requirements of this Order in responding to the Defendants' motion may result in the entry of a final judgment in Defendants' favor without any trial.

    DONE this 5th day of May, 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE