IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

Civil Action Number: 3:08-cv-069WKW

I would like to notify the District Court that I have relocated. My new mailing address is:

Teresa Valencia, PRO SE
111 W. Orangewood Ave. #J3
Anahiem, California 92802

Thank you for your time and assistance in this matter.

Respectfully yours,

*Teresa Valencia*
Teresa Valencia