# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:**   Valencia v. Department of Interior, Washington, DC et al

**Case Number:**     3:08-cv-00069-WKW

**Referenced Pleading: Exhibit E Part 2 - attachment to doc. 22**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**



# United States Department of the Interior

National Park Service
Tuskegee Institute
National Historic Site
1212 West Montgomery Road
Tuskegee Institute, Alabama 36088



P4015 (TUIN)

March 30, 2007

## Memorandum

To:        Teresa Valencia, Museum Specialist, Tuskegee Institute National Historic Site

From:      Superintendent

Subject:   Lab Test for Arsenic Screening

You have been approved for arsenic screening. A test site has been set up with a Federal Occupational Health (FOH) facility in Atlanta, GA for an arsenic screening. This test will take place on Tuesday, April 3, 2007 at 11:00 a.m., CDT, 12:00 Noon, EDT. The testing will consist of drawing of blood and a urine sample. Conditions to adhere to before testing:

- Three (3) days prior to the test, do not eat any bottom-eating fish, shellfish, shrimp, lobster, flounder, catfish, etc.
- They will need your 2nd morning urine
- Test should last about 20 minutes

The test site is located in the **Richard B. Russell Building** on the lower plaza (LP), in the Health Unit, across from the cafeteria/rest rooms. This is at:

**75 Spring Street, S.W.**
Atlanta, GA  30303

You will need to pick up a Government vehicle on the morning of April 3, 2007. This is a day trip and a travel authorization will be given to you. Make sure you have your driver's license or a picture ID with you for entering the Federal Building.

If for some reason you cannot make it, contact me or Sheryl Burton at 404-331-3340. She is the nurse that will administer the test.

Please contact Shirley Streeter at 334-727-6390 if you have any questions.



# Quest Diagnostics ®

PATIENT INFORMATION
**VALENCIA, TERESA**

REPORT STATUS **FINAL**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.8805

DOB: 01/14/1967 AGE: 40
GENDER: F FASTING: U

ORDERING PHYSICIAN
**FED OCC HLTH-Z4G**

SPECIMEN INFORMATION
SPECIMEN:    AL025902A
REQUISITION: 6272110

ID:
PHONE:

CLIENT INFORMATION
A97503594                          QATL022
FED OCC HLTH-Z4G
RUSSELL FFEDERAL BLDG
75 SPRING ST
ATLANTA, GA 30303-3309

COLLECTED:  04/03/2007   11:30 ET
RECEIVED:   04/03/2007   19:23 ET
REPORTED:   04/04/2007   16:38 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ARSENIC, RANDOM URINE | | | | AMD |

```
**********************************
* TEST NOT PERFORMED.            *
* NO URINE RECEIVED FOR THE TEST *
* REQUESTED.                     *
**********************************
```

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| * ZINC PROTOPORPHYRIN (ZPP) | 39 | | mcg/dL | AT |

INDUSTRIAL EXPOSURE: <100 MCG/DL
(REFER TO CURRENT OCCUPATIONAL
SAFETY AND HEALTH ADMINISTRATION
(OSHA) REGULATION FOR EXPOSURE CRITERIA)

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| * LEAD, BLOOD (OSHA) | <3 | | mcg/dL | AT |

INDUSTRIAL EXPOSURE: < 40 MCG/DL
MCG/DL = MCG/100G FOR QSHA
(REFER TO CURRENT GOVERNMENTAL
REGULATIONS FOR EXPOSURE CRITERIA)

**PERFORMING LABORATORY INFORMATION**

AMD   QUEST DIAGNOSTICS NICHOLS INSTITUTE CHANTILLY VA, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20153
        Laboratory Director:  NATHAN SHERMAN, MD, CLIA: 49D0221801

AT    QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA  30084, Laboratory Director:  WILLIAM M MILLER, MD
        CLIA: 11D0255931

*Will provide additional Results.*
*SPBUERM, RN 404-331-3340*

B0709500195      VALENCIA,TERESA L
DOB: 01/14/67   Age:40Y   MR #:545869
Admit Date/Time: 04/05/07      1002A
2328 GUTIERREZ,CARLOS M          F



**Baptist HEALTH**

**ER PRESCRIPTION & DISCHARGE INSTRUCTIONS**
Page 2 of 3

DISCHARGE INSTRUCTIONS - PATIENT COPY

| ...ight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

**EDICINES PRESCRIBED**   If non, check this box: ☐   VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND

| ame/Strength: | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

**TRUCTION SHEET(S) GIVEN**

sthma          ☐ Crutches    ☐ Head Injury          ☐ Threatened Ab
ack Pain       ☐ Fever       ☐ Otitis Media         ☐ Vomiting / Diarrhea
...ast/ Splint Care  ☐ Fracture  ☐ Sprains / Bruises   ☐ Wound Care
                            ☐ ST                     ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

...tional Instructions:

...rred to: PCP
...r.
...hone:
...all on next business day for follow-up appointment
_____days / weeks        ☐ Next available

☑ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified_____
☐ Education provided on new Medication_____

...rstand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. ...rmore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed ...my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my ...ation or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for ...up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☑ Patient
☐ Relative
☐ Other _____            Time Released:     7:30 HS

...STRUCTED BY: Monica _____

PHYSICIAN:

**...RK/SCHOOL STATEMENT from the Emergency Department**

...IENT                                                        DATE

Patient was seen by Dr. _Gutierrez_
No athletics / physical education: _____days
May return to work/school without restrictions
Will require time off work / school. Estimated time: _1_days*
Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____days*
   Restrictions:_____

☐ _____was here with relative/child.
☐ Other_____

· off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

**ER 160**

FORM # ER 16008  REV. 10/10/06

Teresa Valencia

04/16/2007 11:36 AM
CDT

To: Louis Rowe/WASO/NPS@NPS, Edward Perez/WASO/NPS@NPS
cc:
Subject: Medical Screening

Hi Louis and Edward:

I just wanted to let you know that I will be going back to Atlanta tomorrow to be re-tested. I guess they lost one of my samples. Thanks

Teresa Valencia

04/16/2007 01:00 PM
CDT

To: Louis Rowe/WASO/NPS@NPS, Edward Perez/WASO/NPS@NPS
cc: Bobby.Henderson@va.gov
Subject: Medical Screening Addendum

Today, April 16, 2007, I went into my storage area to check my inventory and I was concerned about the items that had possible arsenic (i.e., taxidermy). I found that all of the taxidermy collections that were in museum cabinet #2 were missing I was not notified of their removal. Could you tell me how to proceed from here?

Teresa Valencia

Teresa Valencia

04/16/2007 03:38 PM
CDT

To: Allen Bohnert/Atlanta/NPS@NPS, Linda Giles/Atlanta/NPS@NPS,
Louis Rowe/WASO/NPS@NPS, Edward Perez/WASO/NPS@NPS
cc:
Subject: Taxidermy Collection

Dear Mr. Allen Bohnert:

As you are aware, the Field Museum from Chicago, Illinios, visited the park about a month ago. They are interested in borrowing some of our collections for an exhibit. While they were here they took a small sample from the taxidermy collections to test for arsenic. The items that they tested all came back positive. The conservator, Tina Gessler, immediately notified me about her findings and told me to take extra precautions, which I did. I secured all of the specimens and placed a sign on the cabinet door that no one is to open that cabinet without written authorization.

Today, while I was doing my walk through through the storage area I looked in my keybox and noticed that the key for the taxidermy specimens was not in it's proper location. I then took the key and checked the cabinet and noticed that all of the taxidermy specimens were missing.

When I discovered this I immediately notified Louis Rowe and Edward Perez and they forwarded my memo on to Linda Giles who is the Safety and Health Manager at the Atlanta Regional Office. She told me to check with my supervisor to see if the items had been loaned out or transferred. When I spoke with Tyrone this afternoon I asked him if we were going to allow the Field Museum to borrow such specimens and he said he didn't think so, because they aren't in good shape. I then asked him if he knew what happened to the taxidermy collection. He told me that under Catherine Lights authority he was told to remove the objects from the collection. I then asked him where they were located and he told me that I didn't need that information.

I find it to be highly irresponsible to remove toxic items from a collection where they have already been secured. I have already been exposed to the arsenic. Why would you then expose another person to a harmful substance unneccesarily?

Respectfully yours,

Teresa Valencia

Witness Statement

On April 16, 2007 at approximately 2:45 p.m. in the Carver Museum, I was attending the
Take Pride in America Volunteer Awards ceremony. After taking photographs of the
event, I went to the refreshment table where Tyrone Brandyburg was serving soft drinks.
I was talking with Tyrone and Teresa Valencia who was beside me. I then moved on and
I overheard a conversation between Tyrone and Teresa. She asked about some
taxidermied animals being removed from the curatorial building. Tyrone stated that he
had moved them under the direction of Superintendent Catherine Light. Teresa asked
where the artifacts were being storied and he told her not to worry about it.

To the best of my knowledge this is the conversation that I heard on this day.

*Shirley Baxter* 04/17/07

Shirley Baxter





Cabinet #2 + Cabinet #5  Taxidermy specimens were removed by Tyrone Bandy buy under 2 and 3 of California Wildlife authorization. Part 2ar

A7615 (TUIN)

April 18, 2007

Memorandum

To:             Teresa Valencia, Museum Specialist (TUIN)

From:          Chief of Resource Education & Interpretation

Subject:       SAFETY ITEMS

Per conservation and email with the Superintendent, you are to purchase safety equipment only for Curatorial Storage that is not to exceed $2500.00.  The following items are mandatory per Conserv-O-Gram 2/19, 11/10 and 2/3:

**Respirator**
**Gloves (Nitrile and neoprene)**
**Apron/lab coat**
**Safety Glasses**
**Arsenic test kit**
**Safety signs**

Use your own discretion when purchasing the other safety items.  Please provide me with a DI-1 with a list of items you purchased, proof of purchase, receipts, and confirmation number for orders for my records.  All items **must be purchased** before **April 27, 2007.**

If you have any questions, please contact me


April 19, 2007

Memorandum

To:             Teresa Valencia, Museum Specialist (TUIN)

From:          Chief of Resource Education & Interpretation

Subject:       Safety Training

Per conservation and email with the Superintendent, you are to enroll through DOI-Lean into the following training classes.  This is mandatory training for you in an effort to improve your safety awareness and procedures while you are working with curatorial collections.


**Deadline: May 4, 2007; Safety: Personal Protective Equipment- Course Code: 1413**
**Deadline: May 31, 2007; Safety: Authorities, Roles & Responsibilities- Course Code: 1338**



**Tyrone Brandyburg**
04/18/2007 05:13 PM
CST
Please respond by
04/27/2007

To: Teresa Valencia/TUIN/NPS@NPS
cc: Shirley Streeter/TUIN/NPS@NPS, Catherine Light/TUIN/NPS@NPS
Subject: SAFETY ITEMS

A7615 (TUIN)

April 18, 2007

Memorandum

To:             Teresa Valencia, Museum Specialist (TUIN)

From:           Chief of Resource Education & Interpretation

Subject:        SAFETY ITEMS

Per conservation and email with the Superintendent, you are to purchase safety equipment only for Curatorial Storage that is not to exceed $2500.00. The following items are mandatory per Conserv-O-Gram 2/19, 11/10 and 2/3:

**Respirator
Gloves (Nitrile and neoprene)
Apron/lab coat
Safety Glasses
Arsenic test kit
Safety signs**

Use your own discretion when purchasing the other safety items. Please provide me with a DI-1 with a list of items you purchased, proof of purchase, receipts, and confirmation number for orders for my records. All items **must be purchased before April 27, 2007.**

If you have any questions, please contact me

H. Tyrone Brandyburg
Chief of Resource Education & Interpretation
Tuskegee Institute National Historic Site
Tuskegee Airmen National Historic Site
Selma to Montgomery National Historic Trail
334-727-6390 Telephone
334-727-4597 Fax
tyrone_brandyburg@nps.gov





**Tyrone Brandyburg**       To: Teresa Valencia/TUIN/NPS@NPS
04/19/2007 10:20 AM       cc: Catherine Light/TUIN/NPS@NPS, Shirley Streeter/TUIN/NPS@NPS
CST                    Subject: Safety Training
Please respond by
05/04/2007



United States Department of the Interior

National Park Service
Tuskegee Institute
National Historic Site
1212 West Montgomery Road
Tuskegee Institute, Alabama 36088



A7615 (TUIN)


April 19, 2007

Memorandum

To:            Teresa Valencia, Museum Specialist (TUIN)

From:          Chief of Resource Education & Interpretation

Subject:       Safety Training

Per conservation and email with the Superintendent, you are to enroll through DOI-Lean
into the following training classes. This is mandatory training for you in an effort to
improve your safety awareness and procedures while you are working with curatorial
collections.


> **Deadline: May 4, 2007; Safety: Personal Protective Equipment- Course Code:
> 1413**
> **Deadline: May 31, 2007; Safety: Authorities, Roles & Responsibilities- Course
> Code: 1338**
> **Deadline: June 11, 2007; Safety: USGS Industrial Hygiene Program- Course
> Code: 1304**


Once you complete the courses, please provide completion certificates to Lorraine and
myself.
If you have any questions, please contact me


H. Tyrone Brandyburg

*Brandyburg stated that Mr. Anthony Stennis ~~can~~ wrote this response to me. My question is, why then did he not forward it to me directly like he wrote it. This comment suggests that I am on my own with this matter.*



**Tyrone Brandyburg**
03/21/2007 02:40 PM
CST

To: Teresa Valencia/TUIN/NPS@NPS
cc: Shirley Streeter/TUIN/NPS@NPS, Catherine Light/TUIN/NPS@NPS
Subject: Re: Field Museum - Taxidermy Specimens

Hi Teresa:

If you feel that you have been exposed to lead arsenic or paris green, it is your responsibility to go to the physician of your choice to ascertain whether or not you have been exposed to any poisons. Please have them provide you with a medical report. Use the appropriate leave, (i.e. sick leave or annual leave).

Once you return with the report, we will proceed from there. I highly recommend that you do not go back into that environment until the issue has been resolved.

Thanks

H. Tyrone Brandyburg
Chief of Resource Education & Interpretation
Tuskegee Institute National Historic Site
Tuskegee Airmen National Historic Site
Selma to Montgomery National Historic Trail
334-727-6390 Telephone
334-727-4597 Fax
tyrone_brandyburg@nps.gov

Teresa Valencia

**Teresa Valencia**
03/21/2007 09:46 AM
CST

To: Tyrone Brandyburg/TUIN/NPS@NPS
cc: Bobby.Henderson@va.gov
Subject: Field Museum - Taxidermy Specimens

Hi Tryone:

By any chance have you found out whether or not I could be tested for occupational exposure to arsenic? If so, what steps do I need to take?

Thanks

U. S. Department of Labor
Occupational Safety and Health Administration

# Notice of Alleged Safety or Health Hazards

| | |
|---|---|
| | Complaint Number |

| | |
|---|---|
| Establishment Name | Tuskegee Institute NHS |
| Site Address | 1600 Boy Scout Circle |

| | Site Phone | (334)727-9321 | Site FAX | |
|---|---|---|---|---|

| Mailing Address | 1212 W. Montgomery Rd., Tuskegee, AL 36088 |
|---|---|

| | Mail Phone | | Mail FAX | |
|---|---|---|---|---|

| Management Official | Superintendent Catherine Light | Telephone | (334)727-6390 |
|---|---|---|---|
| Type of Business | Department of Interior - National Park Service | | |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

Physical exposure to one employee and assistants to hazardous chemicals including strontium sulfate and barium carbonate and other geological specimens at the curatorial storage facility at Tuskegee Institute NHS. Also, major off-gassing of specimens.

Please view attached documentation.

| Has this condition been brought to the attention of: | ☒ Employer      ☐ Other Government Agency (specify) |
|---|---|
| Please Indicate Your Desire: | ☐ Do NOT reveal my name to my Employer<br>☒ My name may be revealed to the Employer |
| The Undersigned believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form. | (Mark "X" in ONE box)<br>☒ Employee                        ☐ Federal Safety and Health Committee<br>☐ Representative of Employees    ☐ Other (specify) |

| Complainant Name | Teresa Valencia | | Telephone | 334-868-090i |
|---|---|---|---|---|
| Address(Street,City,State,Zip) | 6730 Pamela Court Montgomery, AL 36116 | | | |
| Signature | Teresa D. Valencia | | Date | 4-24-07 |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:

| Organization Name: | Your Title: Museum Specialist |
|---|---|

OSHA-7(Rev. 3/96)

U. S. Department of Labor
Occupational Safety and Health Administration

## Notice of Alleged Safety or Health Hazards

### For the General Public:

This form is provided for the assistance of any complainant and is not intended to constitute the exclusive means by which a complaint may be registered with the U.S. Department of Labor.

Sec 8(f)(1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651, provides as follows: Any employees or representative of employees who believe that a violation of a safety or health standard exists that threatens physical harm, or that an imminent danger exists, may request an inspection by giving notice to the Secretary or his authorized representative of such violation or danger. Any such notice shall be reduced to writing, shall set forth with reasonable particularity the grounds for the notice, and shall be signed by the employee or representative of employees, and a copy shall be provided the employer or his agent no later than at the time of inspection, except that, upon request of the person giving such notice, his name and the names of individual employees referred to therein shall not appear in such copy or on any record published, released, or made available pursuant to subsection (g) of this section. If upon receipt of such notification the Secretary determines there are reasonable grounds to believe that such violation or danger exists, he shall make a special inspection in accordance with the provisions of this section as soon as practicable to determine if such violation or danger exists. If the Secretary determines there are no reasonable grounds to believe that a violation or danger exists, he shall notify the employees or representative of the employees in writing of such determination.

NOTE: Section 11(c) of the Act provides explicit protection for employees exercising their rights, including making safety and health complaints.

### For Federal Employees:

This report format is provided to assist Federal employees or authorized representatives in registering a report of unsafe or unhealthful working conditions with the U.S.Department of Labor.

The Secretary of Labor may conduct unannounced inspection of agency workplaces when deemed necessary if an agency does not have occupational safety and health committees established in accordance with Subpart F, 29 CFR 1960; or in response to the reports of unsafe or unhealthful working conditions upon request of such agency committees under Sec. 1-3, Executive Order 12196; or in the case of a report of imminent danger when such a committee has not responded to the report as required in Sec. 1-201(h).

### INSTRUCTIONS:

Open the form and complete the front page as accurately and completely as possible. Describe each hazard you think exists in as much detail as you can. If the hazards described in your complaint are not all in the same area, please identify where each hazard can be found at the worksite. If there is any particular evidence that supports your suspicion that a hazard exists (for instance, a recent accident or physical symptoms of employees at your site) include the information in your description. If you need more space than is provided on the form, continue on any other sheet of paper.

After you have completed the form, return it to your local OSHA office.

NOTE:    It is unlawful to make any false statement, representation or certification in any document filed pursuant to the Occupational Safety and Health Act of 1970. Violations can be punished by a fine of not more than $10,000. or by imprisonment of not more than six months, or by both. (Section 17(g))

Public reporting burden for this voluntary collection of information is estimated to vary from 15 to 25 minutes per response with an average of 17 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An Agency may not conduct or sponsor, and persons are not required to respond to the collection of information unless it displays a valid OMB Control Number. Send comment regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the Directorate of Enforcement Programs, Department of Labor, Room N-3119, 200 Constitution Ave., NW, Washington, DC; 20210.

*OMB Approval# 1218-0064; Expires: 2-29-2008*

Do not send the completed form to this Office.

OSHA-7(Rev. 9/93)

April 19, 2007

OSHA
Mobile Area Office
Attn: Duty Officer
1141 Montlimar Drive
Mobile, Alabama 36609

Dear Duty Officer:

I am writing this letter in order to establish a Formal Complaint against my employer, the Department of Interior-National Park Service, Tuskegee Institute National Historic Site, in Tuskegee, Alabama.

On the week of March 12-16[th], 2007, several individuals (i.e., David Mendez, Mount Maker; Sean Bober, Mountmaker; Susan Blecher, Exhibit Registrar; and Tina Gessler, Conservator) from the Field Museum in Chicago, Illinois, visited Tuskegee Institute NHS in order to prepare for an upcoming exhibit pertaining to George W. Carver. Due to the fact, that I am the sole Museum Specialist for Tuskegee Institute NHS, Tuskegee Airmen NHS, and Selma to Montgomery NHT, I deal with museum collection, which includes: outgoing and incoming loans, conservation and preservation of antiques and historic structures, etc.

During the time the Field Museum was here, the conservator Tina Gessler took several swab samples from the taxidermy collection. Upon her return to the Field Museum, Ms. Tina Gessler conducted a semi-quantitative test for the presence of arsenic. Each sample tested positive for arsenic and one tested extremely high. On March 19, 2007, Ms. Gessler notified me via telephone and told me I needed to take extra precautions when handling those particular specimens. Ms. Gessler suggested that I bag each of the specimens for safety purposes. Once I received her phone call I immediately placed a sign on the museum storage cabinet that stated that the cabinet should not be opened without written authorization.

Once I secured the collection (i.e., locking collection in museum storage cabinet and affixing sign) I emailed Superintendent, Catherine Light, and told her about my conversation with Tina Gessler. In the same email I made a request to be tested for occupational exposure to arsenic. On March 20, 2007, Ms. Light sent a response back to me stating that she would have my Supervisor, Tyrone Brandyburg, check into the matter as soon as possible. On March 21, I emailed Mr. Brandyburg and asked him if he found out any information on whether or not I could be tested for occupational exposure to

arsenic. He later responded and asked me to be patient that he was collecting more information and documentation from the Field Museum and the National Park Service Southeast Regional Office. Later that afternoon, Mr. Brandyburg sent me an email that stated:

If you feel that you have been exposed to lead arsenic or paris green, it is your responsibility to go to the physician of your choice to ascertain whether or not you have been exposed to any poisons. Please have them provide you with a medical report. Use the appropriate leave, (i.e., sick leave or annual leave).

Once you return with the report, we will proceed from there. I highly recommend that you do not go back into that environment until the issue is resolved.

In reading that letter I recognized that I was pretty much on my own. Due to the fact, that I have been suffering from some major health issues I knew there was no way I could afford to pay for the testing myself, since my insurance would not cover it. I then went on-line to http://www.inside.nps.gov and clicked on quick links to research information on the National Park Service's "Safety Management Information Systems". From there I contacted their help line and spoke with a Mary Davis who told me to contact a gentleman by the name of Steve Rosen. Mr. Steve Rosen then told me that the gentlemen I needed to talk with for the National Park Service was Mr. Louis Rowe and Mr. Edward Perez out of Washington, D.C. – both gentlemen deal with health and safety issues for the National Park Service. I left messages on both Mr. Rowe's and Mr. Perez's voice mail. On my way home that day, I received a telephone call from Mr. Louis and I explained my plight to him. He told me to just hold on tight and that both he and Mr. Perez would see to it that I would be tested for occupational exposure at the expense of the National Park Service. I told both of them that I didn't want to get in any trouble for contacting them, but they told me not to worry about it. They said they would contact my Superintendent and speak with her directly, which they did and if I had any problems to contact them and keep them abreast of the situation. They also stated that they would put me in touch with the Southeast Region Safety Officer, Linda Giles.

On April 3, 2007, I was sent to Atlanta to be tested for arsenic exposure at the Richard B. Russell Building in the Health Unit. That building sits next to the Federal Building where the National Park Service Southeast Regional Office is located. Ms. Sheryl Burton, who is a contracted nurse, drew blood samples as well as had me give a urine specimen, which I provided her with two. All of the testing was conducted in their facility located at 75 Spring Street, S.W., Atlanta, Georgia.

On Friday the 13th day of April, 2007, I received a phone call from Ms. Sheryl Burton. She was calling to inform me that my urine specimen had been lost and that I needed to come in and be retested. I told her that she would need to make contact with either my Supervisor or Superintendent. I then gave her their phone number and she told me she would call them right away. About an hour later, the Administrative Officer, Shirley Streeter, telephoned me and asked me if I could go on April 16th or 17th to be retested. Since it was late in the day, it was decided that April 17th would be the best day for me to

be retested. This would provide her with enough time to get my travel authorization completed.

On April 16, 2007, I went to conduct a quick inventory of my collection and noticed that one of my keys was out of order. It was actually the #2 key, which unlocks the museum storage cabinet that contained some of the taxidermy specimens. I immediately took the key and checked the cabinet and noticed that the taxidermy collection was missing. I then went over to cabinet #5 and noticed that the other taxidermy collection was missing. I immediately notified Louis Rowe and Edward Perez. Mr. Louis Rowe then forwarded my email to Linda Giles. Ms. Giles told me to speak with my Supervisor, Tyrone Brandyburg to see whether or not he transferred the taxidermy collection or loaned them to another institution. I spoke with Mr. Brandyburg around 2:45 or 2:50 that afternoon and I asked him three specific questions: **1) Are we going to loan the Field Museum the taxidermy collection? Response: <u>I don't think so because they are not in good shape.</u> 2) Do you know what happened to the taxidermy collection? Response: <u>He told me that under Catherine Lights authority he was told to remove the objects from the collection.</u> 3) Where are they located? Response: <u>You don't need that information.</u>**

After that, I immediately sent an email to the Regional Curator, Allen Bohnert, in Atlanta, which read:

**Dear Mr. Allen Bohnert:**

As you are aware, the Field Museum from Chicago, Illinios, visited the park about a month ago. They are interested in borrowing some of our collections for an exhibit. While they were here they took a small sample from the taxidermy collections to test for arsenic. The items that they tested all came back positive. The conservator, Tina Gessler, immediately notified me about her findings and told me to take extra precautions, which I did. I secured all of the specimens and placed a sign on the cabinet door that no one is to open that cabinet without written authorization.

Today, while I was doing my walk through the storage area I looked in my keybox and noticed that the key for the taxidermy specimens was not in its proper location. I then took the key and checked the cabinet and noticed that all of the taxidermy specimens were missing.

When I discovered this I immediately notified Louis Rowe and Edward Perez and they forwarded my memo on to Linda Giles who is the Safety and Health Manager at the Atlanta Regional Office. She told me to check with my supervisor to see if the items had been loaned out or transferred. When I spoke with Tyrone this afternoon I asked him if we were going to allow the Field Museum to borrow such specimens and he said he didn't think so, because they aren't in good shape. I then asked him if he knew what happened to the taxidermy collection. He told me that under Catherine Lights authority he was told to remove the objects from the collection. I then asked him where they were located and he told me that I didn't need that information.

I find it to be highly irresponsible to remove toxic items from a collection where they have already been secured. I have already been exposed to the arsenic. Why would you then expose another person to a harmful substance unneccesarily?

Respectfully yours,

Teresa Valencia

On April 17, 2007, Linda Giles forwarded a copy of my letter to Superintendent Catherine Light. That was the same day I was in Atlanta being retested. At approximately 2:00 that afternoon, Ms. Light phoned my office and told me that she wanted to meet with me in her office tomorrow afternoon at 2:00 p.m. and to bring my Union Representative with me, that this meeting was in reference to the letter I sent to the Regional Curator, Allen Bohnert, and forwarded it on to Louis Rowe, Edward Perez, and Linda Giles. I told her that I was familiar with that letter and that I would be available to meet with her and that I would have a Union Representative with me.

On April 18, 2007, I went over to the Tuskegee Institute NHS headquarters to meet with Superintendent Catherine Light, my supervisor, Tyrone Brandyburg, and my Union Rep. Wendell Echols. Superintendent Light informed me that I had no business notifying Washington, D.C., about anything pertaining to this park. Both Light and Brandyburg stated that they didn't have any right to know what's going on in this park. She then asked me, "What was the purpose of writing that letter to Allen Bohnert and forwarding it on to the selected individuals?" I told her that I had asked Tyrone Brandyburg the location of the taxidermy specimens and he told me that I didn't need that information. Mr. Tyrone Brandyburg insisted that he told me that the taxidermy collection was still in storage, but that was a false statement. I didn't know that they were in storage until he made that comment. I told him that I was not aware that they were in storage. I told him I checked the designated cabinets and they were not there. He said he moved the collection to a more appropriate cabinet and that he was in possession of the key and I was not getting it. At that point Ms. Catherine Light and Tyrone Brandyburg questioned my professionalism as a Museum Specialist. I told them that it wasn't me who's professionalism needed to be questioned. I informed Superintendent Light that Tryone Brandyburg knew about the contaminated specimens all along, but did absolutely nothing to make others aware of the hazard. Mr. Brandyburg himself stated that at one time the birds were encapsulated, but the encapsulation had been removed. **(Note: Mr. Brandyburg is on his second tour of duty here at Tuskegee Institute NHS as the Chief of Resource Education and Interpretation. Prior to him becoming the Chief of Resource Education and Interpretation, he was the Museum Specialist. A gentleman by the name of Mike Jolly was my predecessor; he was the Museum Specialist after Tyrone Brandyburg.)** Mr. Brandyburg blamed the removal of the encapsulation on Mike Jolly and I told Mr. Brandyburg that I don't believe Mr. Jolly had anything to do with it. Tyrone Brandyburg then asked how I came up with that basis and I told him that I spoke with Mr. Jolly and he said that they were never encapsulated the whole time he had been here. At that point Superintendent Light interrupted and said that I should have been aware of the arsenic issue. I told her that after being notified by the Field Museum in Chicago I looked in the Collection Condition Survey, which was written in 2002, and noticed that only two items were listed as to containing arsenic. So she said that I knew since 2002 that the taxidermy collections contained arsenic. I told her that I contacted Harpers Ferry, West Virginia, and spoke with the author of the Collection Condition Survey, Barbara Cumberland, and asked her if she had tested any of the other taxidermy specimens. Ms. Cumberland said that she did not, because the park didn't ask her to. She said the only reason she knew about the arsenic is because either someone told her or possibly a tag, but she couldn't recall for sure. At that time Mr. Brandyburg insinuated that I was negligent in the handling of the specimens. I told him that I wore gloves when handling the objects. He said that he spoke with another conservator and

that she said that the only way I could get contaminated with arsenic was if I was shaking the birds up and down or mishandling the object. I told Mr. Brandyburg that I handled the birds correctly and that I wasn't shaking them up and down. From that point Superintendent Light reverted back to the letter that I sent to Mr. Allen Bohnert. She said that by no means did I secure the taxidermy specimens since they were not placed in plastic bags as was suggested in the conserve-o-gram. I told her they were secure, because I am the only one that has access to the storage unit besides her and Tyrone. I also told her that I did not have the proper PPE to handle those types of items. Mr. Wendell Echols, my Union Representative then asked who is responsible for purchasing PPE. Superintendent Light then stated that she has always allowed me the opportunity to purchase whatever I need. Then Mr. Brandyburg stated that he had authorized me to purchase whatever equipment was necessary. I told him that I gave him a list last year of supplies that I needed in order for me to do my job, but he said we ran out of funds and that I would have to wait until the following year. He then mentioned that he just wanted the list and that I should have purchased whatever items I deemed necessary to do my job. The only problem with that is that at that time I was not able to use my Government Credit Card, because we were at the end of the Fiscal Year and the only ones that could make purchases were management. Also, Catherine Light questioned me about the geological specimens and other toxic specimens in the collection and placed the blame on me for not securing them. I told her that they were secure, but the building that I am currently in is inadequate and needs a better ventilation system. I told her I had made an earlier complaint about this with Tyrone Brandyburg and the former Facility Manager, Juan Gomez. Before I completed my statement Ms. Light interrupted and stated that I didn't need to complain, but to take action. Mr. Juan Gomez and I worked jointly, and he immediately notified the Safety Officer at the Southeast Regional Office and listed my concerns. The Regional Office responded promptly and when I told him about some of the toxic items within the collection.

At that point Superintendent Light said that I called her authority into question and that neither she nor Mr. Brandyburg had to tell me anything about the location of the museum collection. She said that this was her park and that the museum collection was her collection. I told her that this park belonged to the American people and that the museum collection belonged to them as well and that I was just trying to keep the park in compliance with the National Park Service's Museum Standards.

Both Catherine Light and Tyrone Brandyburg accused me of being inpatient where it came to getting tested for Occupational Exposure for arsenic. I told her I wasn't being inpatient but trying to stay in the loop to make sure that I would get tested. She told me that Washington, D.C. should have never been brought into this and that Mr. Brandyburg was working on getting me medical attention. I told her according to the email he sent dated March 21, 2007 he pretty much told me that I was on my own in this matter. Superintendent Light and Brandyburg tried to insinuate that I was being impatient, but that Tyrone Brandyburg was working with Linda Giles to get me to a physician. Mr. Brandyburg also stated that he wasn't the one that wrote the letter dated March 21, 2007, but that Mr. Anthony Stennis in the Human Resources Department at the Southeast Regional Office had written it. Truth be known, it wasn't until Washington, D.C.

contacted Superintendent Light that Mr. Tyrone Brandyburg began to vigorously pursue my request to be tested.

From that point, Superintendent Light, asked me what was I trying to accomplish by bring Washington, D.C. into this situation. I reiterated once again that the letter written by Mr. Tyrone Brandyburg basically stated that I was on my own. I told Superintendent Light that I was to keep the gentlemen in Washington, D.C. informed. She said that I was not trying to inform them of anything, but trying to call her authority in to question. I believe that her authority should be called into question, because she allowed another individual to be placed at risk, but as I understand it this was based on a management decision and had nothing to do with health and safety. Again, Superintendent Catherine Light, asked me what I was trying to accomplish. I told her that I didn't trust her or Mr. Brandyburg nor do I trust Anthony Stennis. I told Ms. Light to put herself in my shoes and look at it from my perspective. When I received the call from Sheryl Burton that my urine samples were missing on Friday and then when I came into work Monday my taxidermy collection was missing. Now I find out that Mr. Brandyburg really didn't write that email, but that Anthony Stennis from the Southeast Regional Office had written it and instead of Tyrone Brandyburg just forwarding me the information he either gave Anthony Stennis his password for his Government email or copy and pasted the comment to make it look like he actually wrote it. I find all of this behavior to be suspicious. Catherine Light then told me that she didn't trust me either and that she is tired of people not following the chain of command. At the end of the meeting Superintendent Light told Tyrone Brandyburg to reprimand me. I am currently awaiting documentation pertaining to the reprimand.

On April 19, 2007, I received a telephone call from Allen Bohnert, Regional Curator, and he apologized for not getting back to me sooner. He stated that he had been out of the office. I asked Mr. Allen Bohnert if he had read my email and he said he had. He then asked me what the current situation was and I told him. I told him that I was going to be reprimanded for notifying Washington, D.C. about the arsenic, the missing museum collection, not following the chain of command, and for questioning Superintendent Catherine Light's authority. I told Mr. Bohnert, that they were interfering with me being able to perform my responsibilities as a Museum Specialist. I stated that I believed it was imperative that I brought this to his attention, because now we are out of compliance with the National Park Service Standards for Museum Collections. In speaking with Mr. Allen Bohnert, he stated that the park should have had this information documented years ago and that he did not find fault in what I had done. He said, it's true that Superintendent Catherine Light was ultimately responsible for the collection, but that she needed to be operating within the regulations as well.

On April 18, 2007, Tyrone Brandyburg sent me two email memos with "Safety Items" being one of the subjects and then "Safety Training" being the other subject. The memo read as such:

**Deadline: June 11, 2007; Safety: USGS Industrial Hygiene Program-Course Code: 1304**

Once you complete the courses, please provide completion certificates to Lorraine and myself.

If you have any questions, please contact me

I would like it noted that I have not received this type of Safety Training during the 4.5 years that I have been here in Tuskegee, Alabama. I would also like to state that the whole time I have been here curatorial storage has never had any MSDS sheets. The park should have already had this in place years before my arrival. After I reported everything to Washington, D.C., my Supervisor re-wrote my performance appraisal plan and now I am responsible for MSDS along with other safety related issues such as fire extinguisher inspections and training.

Though Ms. Tina Gessler suggested that I bag all of the specimens I was very hesitant in doing so. The reason being is that I have been extremely sick since I have been here and some of my symptoms could point to possible arsenic exposure. On December 30, 2006, my heart failed and the paramedics and doctors had to intervene. I turned 40 this past January, and I really shouldn't be having all of the health problems that I am experiencing at this time. I believe it would have been highly irresponsible for me to come into contact with the taxidermy collection until I was tested. The other reason is because the park currently does not have the proper PPE for handling arsenic contaminated specimens.

When I contacted Louis Rowe I also made him aware of some of the other hazardous items that are currently in Tuskegee's collection. The majority of this is related to geological specimens:

**3488 Strontium Sulfate msc 9c...radiation**
**2630 Barium Carbonate msc9c...radiation**
**3194 Barium Sulfate msc 9d...radiation**
**3198 Sulfarsenide of Cobalt msc 9d...radiation**
**2660 Copper Arsenic Oxide msc 9b...toxic**
**2708 Orpiment (arsenic) msc 11c...toxic**
**2710 Actinolite (asbestos) msc 11a...inhalation**
**2716 Galena in Calcite and Barite msc 11a...radiation/lead**
**2696 Galena, Barite, Covelite, Pyrite msc 11a...radiation/lead**
**2669 Galena, Barite, Covelite, Pyrite msc 9c...radiation/lead**
**2717 Galena msc 11a...lead**
**2812 Pyrite, Galena, Iron Disulfides msc 11c...lead**
**2841 Calcite, Sphalerite, Galena msc 11a...lead**
**3248 Phosphate of Cerium and Lanthanum msc 9d...radiation**
**2639 Lead Chlorovanadate msc 9e...lead**

I hope this gives you some insight on the situation here at Tuskegee Institute NHS.

Respectfully yours,

Teresa Valencia

**Employee Appraisal Handbook**                                    **Appendix 8**

Part E:  Critical Elements and Performance Standards:  *List below each of the employee's critical elements (at least one, but no more than 5) and their corresponding performance standards.  If Benchmark Standards are used, indicate "Benchmark Standards are attached" in the space below, and ensure they are attached to this form.*

| Critical Element 3: | Housekeeping Program: Best method to maintain collections through the housekeeping program. NPS Strategic Plan Goals Ia6 |
|---|---|

**Performance Standards**

| Exceptional | |
|---|---|
| Superior | |
| Fully Successful | |
| Minimally Successful | |
| Unsatisfactory | |

**Narrative Summary**

Describe the employee's performance for each critical element.  A narrative summary must be written for each element assigned a rating of Exceptional, Minimally Successful, or Unsatisfactory.



Rating for Critical Element 3:

☐ Exceptional-5   ☐ Superior-4   ☐ Fully Successful-3   ☐ Minimally Successful-2   ☐ Unsatisfactory-0



<courseware@geolear
ning.com>

04/20/2007 04:51 PM
AST

To: <Teresa_Valencia@nps.gov>
cc: <deanna_mitchell@nps.gov>
Subject: Safety: Authorities, Roles, and Responsibilities Course Completion

This e-mail was sent from a "send-only" account. Do not reply to this email.
This email was automatically generated.

TERESA VALENCIA:

You have successfully completed Safety: Authorities, Roles, and
Responsibilities on 4/20/2007 4:51:56 PM.  A Safety: Authorities, Roles, and
Responsibilities Certificate of Completion link has been added to your "My
Courses."

There is now a link for your Safety: Authorities, Roles, and Responsibilities
certificate added to your "My Courses" page. When you click on this link, you
can print the certificate of completion.

Your supervisor may have been copied on this e-mail. The supervisor can view
this course completion on the student's transcript.

Completion ID:
jcYxw3Y5ESNChhNBshOoq0HxSk7VNxYVhLlVrHxyK23sdOp2MylYD3CLg70tUiWB+z78iAIlrDKI4L
DGuw62h4E2z6/hvSSbyktSJCCQyeFPyrbmgUv7no7UIuVdLBTGUCyyDeS9nv4dDOtfxGnPVi5BtQDr
2JnOylQRu32n8sNiKxQ4kdGiPcZRBmFWQUuV



<courseware@geolear
ning.com>

04/23/2007 12:27 PM
AST

To: <Teresa_Valencia@nps.gov>
cc: <deanna_mitchell@nps.gov>
Subject: Safety: Personal Protective Equipment Course Completion

This e-mail was sent from a "send-only" account. Do not reply to this email.
This email was automatically generated.

TERESA VALENCIA:

You have successfully completed Safety: Personal Protective Equipment on
4/23/2007 12:27:39 PM.  A Safety: Personal Protective Equipment Certificate of
Completion link has been added to your "My Courses."

There is now a link for your Safety: Personal Protective Equipment certificate
added to your "My Courses" page. When you click on this link, you can print
the certificate of completion.

Your supervisor may have been copied on this e-mail. The supervisor can view
this course completion on the student's transcript.

Completion ID:
jcYxw3Y5ESNChhNBshOoqlnvJJJyOokDlUd6B3bdKlVfJYubc66uXsV49vmlSOLMVO8FM3tBVIGP2c
ArBnJ/7RtlNZjuBCvnDilpQnd8UXvCu/DOxbgm9rqbYrY+NJ5kW9Tt+pFIaPLSWgBf3aSh4KzEwPFa
g8fdOjVIBNZxwjGEprdufa/rfU82yPvoccrm



<courseware@geolear
ning.com>

04/23/2007 04:54 PM
AST

To: <Teresa_Valencia@nps.gov>
cc: <deanna_mitchell@nps.gov>
Subject: Safety: USGS Industrial Hygiene Program Course Completion

This e-mail was sent from a "send-only" account. Do not reply to this email.
This email was automatically generated.

TERESA VALENCIA:

You have successfully completed Safety: USGS Industrial Hygiene Program on
4/23/2007 4:54:30 PM.  A Safety: USGS Industrial Hygiene Program Certificate
of Completion link has been added to your "My Courses."

There is now a link for your Safety: USGS Industrial Hygiene Program
certificate added to your "My Courses" page. When you click on this link, you
can print the certificate of completion.

Your supervisor may have been copied on this e-mail. The supervisor can view
this course completion on the student's transcript.

Completion ID:
jcYxw3Y5ESNChhNBshOoqwemkGRGuf7bsDvfOzPtlVdcpKumlR9bvOnqZzVzhCLQaXJ3Un4PjDF3iZ
v40QxJQRzDM9UnhimPxL21n+oNFokOROVvegIpjby4IV0+QH6XQcIxyhzMOYWNebjvIWzlgf0Gr1cM
oeYlHMC+gqYEXpzHUxEankOsHQ8QG2R8BYUJ



# Certificate of Completion
## for

# Safety: Personal Protective Equipment

Is Presented To
## TERESA VALENCIA

This certifies that the person named above has successfully completed the interactive online course through the National Park Service DOI LEARN Management Portal on 04/23/2007.



# Certificate of Completion
## for
# Safety: Authorities, Roles, and Responsibilities

Is Presented To
## TERESA VALENCIA

This certifies that the person named above has successfully completed the interactive online course through the National Park Service DOI LEARN Management Portal on 04/20/2007.



# Certificate of Completion
## for

# Safety: USGS Industrial Hygiene Program

### Is Presented To
## TERESA VALENCIA

This certifies that the person named above has successfully completed the interactive online course through the National Park Service DOI LEARN Management Portal on 04/23/2007.

From: Wendell J. Echols, Chief Steward, AFGE Local #110

To: Whom it may concern

Date: 4-23-07

This letter is a statement requested by Teresa Valencia as to what transpired during a meeting between Catherine Light, Tyrone Brandyburg, Teresa Valencia and myself. This meeting was called by Teresa concerning incidents pertaining to her worksite that needed to be addressed. This issue is the exposure to arsenic and other dangerous exposures.

The items were moved and Teresa asked why and where they were moved and she was told it was by Catherine's direction and she did not need to know where they were. She also stated that she did not have to tell anyone anything concerning this issue.

This meeting started with an employee being concerned about her safety and ended up threatened by disciplinary action. All Federal employees have a right to report safety issues when they become a hazard.

If I can be of any other assistance please feel free to contact me at (334)421-2113.

Wendell J. Echols

Wendell Echols, Chief Steward, AFGE Local #110

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Donny Lark_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name*)     C. Date of Delivery

_Donny Lark_   4-26-7

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

OSHA
Mobile Area Office
Atn: Duty Officer
1141 Montlimar
Mobile, AL 36609

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
(Transfer    7006 0810 0003 7042 0639

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| Teresa Valencia | To: sbarton@psc.gov |
|---|---|
| 04/26/2007 10:18 AM CDT | cc: Subject: Medical Screening |

Dear Ms. Sheryl Barton:

I am writing to request information pertaining to my first medical screening on April 3, 2007.

From my understanding my urine sample and blood sample were shipped out at the same time. Would it be possible for you to provide me with a chain of custody to determine where my specimen was lost and who was the last to receive it. According to the document you presented to me from Quest Diagnostic with a report date of 04/04/2007 the document reads as if I had never given a urine specimen, which I provide 2 urine samples on my first medical screening (Document read: Test not performed. No urine received for the test requested) and only one sample on my second screening.

If a chain of custody cannot be provided could I get another form of documentation showing that I did provide the urine specimens, but that they were lost either in transport or on arrival.

Thank you for your time and assistance in this matter.

Respectfully yours,

Teresa Valencia



**order-confirm@vwr.com**

04/26/2007 02:06 PM
AST

To: TERESA_VALENCIA@NPS.GOV

cc:

Subject: VWR International Order 33112117 Acknowledgement for PO
CC/TVALENCIA/04262007

```
VWR International
Federal ID #91-1319190

VWR International Purchase Order Acknowledgement

  - VWR Order#: 33112117
  - Order Date: April 26, 2007
  - Placed by: TERESA VALENCIA, 3347279321

------------------------------------------------------------------------------

Shipping Information:

  TUSKEGEE INSTITUTE
  1212 W MONTGOMERY RD
  CENTRAL RECEIVING
  PHYSICAL PLANT
  TUSKEGEE INSTITUTE, AL 36088
  Attn: TERESA VALENCIA

------------------------------------------------------------------------------

Billing Information:

  - Purchase Order: CC/TVALENCIA/04262007
  - Payment Method: Credit Card
  - Credit Card Reference Number: CONF# 33112117
  - Attention/Charge Code:

Currency: USD
Payment Terms: IMMEDIATE

------------------------------------------------------------------------------
VWR                                             Qty  In   Back
Line #   VWR Cat.#            Unit  Price        Ord  Stk  Ord  Subtotal
------------------------------------------------------------------------------
1        EMD-10026-1          EA    $100.38      1    0    1    $100.38

Description: EM  ARSENIC STRIP EA=PK100
             10026-1

Item Substituted: EM-10026-1
  - Shipping From: ATLANTA
  - Shipping Terms: FOB-ORIGIN FRT PREPAID & ADDED
  - Backordered Shipping Estimate: May 8, 2007

                     Merchandise Total                      : $100.38

                     Special Services/Handling/Fuel Surcharge : $0.00
                     Hazardous Charges                        : $20.00
                     Freight Charges                          : $29.53
                     Estimated Total Tax                      : $0.00
```

```
                  Order Total                           : $149.91
-------------------------------------------------------------------------

Track the shipping and delivery status of all your orders on-line at VWR.com!
If you place orders with VWR through...
        ...VWR.com directly and have a login,
           go to
https://www.vwrsp.com/myvwr/order/status/index.cgi?order_number=33112117
        ...an e-business application, continue to access VWR through this
           same method and locate the 'Order Status' button near the top
           area of the screen.
        ...Fax or Phone, you can gain access to this feature by creating
           a profile at https://www.vwrsp.com/myvwr/new/index.cgi.

-------------------------------------------------------------------------

Unless governed by a separate written agreement, sales are subject to VWR's
standard terms and conditions of sale.  Visit www.vwr.com for complete
details.

-------------------------------------------------------------------------

This e-mail was sent from a notification-only address that cannot accept
incoming e-mail.  Please do not reply to this message

-------------------------------------------------------------------------

Questions?  Please call 1-800-932-5000, fax us at 866-329-2897, or email
solutions@vwr.com and Reference Order #33112117.

Thank you for shopping with us!
```



<custsvc@labsafety.com>

04/26/2007 02:16 PM EST

To: <Teresa_Valencia@nps.gov>
cc:
Subject: Confirmation Of Your Order: B6BEEB31946142399B416857AF

Teresa Valencia,
Thank you for placing your online order with LSS.com.  This message confirms
that we received your order and are processing it now.  You will receive a
second, more detailed, confirmation once processing is complete.  If you have
any questions in the meantime, contact us by e-mail at
mailto:custsvc@labsafety.com or by telephone at 1-800-356-0783, x5062.

You can view your order detail here:
http://www.labsafety.com/store/receipt.asp?order%5Fid=B6BEEB31946142399B416857
AF

Lab Safety Supply appreciates your business and we look forward to serving you
again soon!

Your Online Customer Support Staff

P.S. Looking for great deals? Be sure to visit the Clearance Zone (
http://www.labsafety.com/clearancezone/) at LSS.com. You'll find great prices
on great products -- but hurry! Stock changes often and these bargains won't
last long!

**Teresa Valencia**

04/27/2007 11:57 AM
CDT

To: sburton@psc.gov
cc:
Subject:

Dear Ms. Sheryl Burton:

I am writing to request information pertaining to my first medical screening on April 3, 2007.

From my understanding my urine sample and blood sample were shipped out at the same time. Would it be possible for you to provide me with a chain of custody to determine where my specimen was lost and who was the last to receive it. According to the document you presented to me from Quest Diagnostic with a report date of 04/04/2007 the document reads as if I had never given a urine specimen, which I provide 2 urine samples on my first medical screening (Document read: Test not performed. No urine received for the test requested) and only one sample on my second screening.

If a chain of custody cannot be provided could I get another form of documentation showing that I did provide the urine specimens, but that they were lost either in transport or on arrival.

Thank you for your time and assistance in this matter.

Respectfully yours,

Teresa Valencia

**Teresa Valencia**

04/27/2007 11:59 AM
CDT

To: sburton@psc.gov
cc:
Subject:

Hi Sheryl:

I am really glad that you enjoyed the cd. I forget to mention that you can give the doctor my cell phone
number as well since it is usually easier to reach me that way. Here is my information:

Teresa Valencia
6730 Pamela Court
Montgomery, Alabama 36116

Cell(334)868-0901
Work(334)727-9321

If you get a chance checkout my websites: www.teresavalencia.com or
www.myspace.com/teresavalencia or http://www.cdbaby.com/cd/teresavalencia   Please feel free to
leave a comment at cdbaby.com I would truly appreciate it. I will keep you in mind when I get ready to
release my next cd next year. Ciao! Valencia

Teresa Valencia

To: sburton@psc.gov

04/27/2007 12:02 PM
CDT

cc:
Subject: Re: Doctor

Hi Sheryl:

I haven't received a phone call from the Doctor in California yet. Would it be possible to get his name and phone number?

Thanks

P.S. I guess you didn't get my other messages because I mispelled your last name...sorry.

Teresa Valencia

04/27/2007 12:52 PM
CDT

To: "Burton, Sheryl" <sheryl.burton@psc.hhs.gov>
cc:
Subject: Re: Doctor

I'm not feeling to great today to say the least, but I'm here. Hope you have a good weekend. Thanks



"Burton, Sheryl"          To: <Teresa_Valencia@nps.gov>
<sheryl.burton@psc.hh     cc:
s.gov>                    Subject: Re: Doctor
04/27/2007 01:22 PM
AST

Give it to next week Teresa, he's a man.
How are you feeling?  Enjoy the week-end and rest your body and your mind.
Sheryl Burton
RNC Z4G
ph. 404.331.3340
sburton@psc.gov




----- Original Message -----
**From:** Teresa_Valencia@nps.gov
**To:** sburton@psc.gov
**Sent:** Friday, April 27, 2007 1:02 PM
**Subject:** Re: Doctor


Hi Sheryl:

I haven't received a phone call from the Doctor in California yet. Would it
be possible to get his name and phone number?

Thanks

P.S. I guess you didn't get my other messages because I mispelled your last
name...sorry.

Lab Safety Supply - Order Confirmation



**LSS.com.** Industrial & Safety Supplies

★ Sign Off   Your Account   Promos   My Cart

Search: **GO**

Sign up free e-newsletters, exclusive offers & more!

| Home | Products | Clearance | Customizeit! | Info Library | About Us | Free Catalogs |

**Product Index**

**New Products**

Clearance

*Customizeit!*

**Resource Centers**

Bird Flu
Arc Flash Safety
Spill Control
Government
Public Safety
Water Management
Natural Disasters
West Nile
Eyewear Guide
Calibration
Mold
Canadian
HIPAA
Food Safety & Handling
Clinical Lab

•Track an Order

**Need Assistance?**

Contact Us
How Do I....

• Win a $250
shopping spree!

*New drawing every month!*

Lab Safety Supply
401 S. Wright Rd.
Janesville, WI 53547-1368

## Thank you for your order!
## Click Here for a Printer-Friendly Receipt

Your On-line order number is: C029C12747E741C08C9414AB42.

| Item # | Product | Price | Qty | Total |
|--------|---------|-------|-----|-------|
| 122852 | 4 SHELF INDUSTRIAL FA CAB | $171.00 | 1 | $171.00 |
| 128934F | Radiation Sign, "CAUTION-RADIATIVE MATERIALS", Fib | $21.80 | 2 | $43.60 |
| 129769F | ANSI Emergency Sign, "First Aid Station.", Fibergl | $22.70 | 1 | $22.70 |
| 16558 | LAB SAFETY SUPPLY® Respirator Storage Bag | $5.70 | 6 | $34.20 |
| 24340 | Official OSHA Safety Handbook | $11.70 | 1 | $11.70 |
| 596-13 | Sign, "Toxic Chemicals", Pkg of 25 | $13.10 | 2 | $26.20 |
| 94425 | NORTH 16-oz. Single Eye Wash Station | $21.30 | 1 | $21.30 |
| 94429 | NORTH 16-oz. Replacement Eyewash Solution | $8.90 | 1 | $8.90 |

|  | | |
|---|---|---|
| **Sub-Total:** | $339.60 |
| **Freight:** | $21.18 |
| **Tax:** | $.00 |
| **Order Total:** | $360.78 |

**Billing Address**

Tuskegee Institute NHS

1212 West Montgomery Road
Tuskegee, AL 36088
USA
334-727-9321

**Shipping Address**

Attn: Teresa Valencia
Tuskegee Institute NHS

1212 West Montgomery Road
Tuskegee, AL 36088
USA
334-727-9321

**Shipping Options**
UPS: Ground

**Payment Options**

Credit Card
Type: MasterCard
Number: ***********4848
Name: Teresa L. Valencia
Expiration Date: 05/2009

**Order Comments**

Save this order as a shopping list 

Click Here to continue shopping

Sign Off

Get news and information customized for you. Answer a few questions so we can send you special offers and news that are right for you and your job responsibilities. Answering these nine questions will help us better tailor the special offers and news we send you. Go now . . .

Home | Our Guarantee | Privacy Statement | Terms of Access | Trademarks | Contact Us | Sitemap
Questions and Orders: Call 1-800-356-0783 or Fax 1-800-543-9910
© 2007 Lab Safety Supply Inc.



**LSS**.com. Industrial & Safety Supplies

★ Sign Off   Your Account   Promos   My Cart

Search: **GO**

Sign up free e-newsletters, exclusive offers & more!

| Home | Products | Clearance | Customizeit | Info Library | About Us | Free Catalogs |
|---|---|---|---|---|---|---|

**Product Index**

**New Products**

**Clearance**

**Customizeit!**

**Resource Centers**

Bird Flu
Arc Flash Safety
Spill Control
Government
Public Safety
Water Management
Natural Disasters
West Nile
Eyewear Guide
Calibration
Mold
Canadian
HIPAA
Food Safety & Handling
Clinical Lab

•Track an Order

**Need Assistance?**

Contact Us
How Do I...

## Win a $250 shopping spree!

*New drawing every month!*

Lab Safety Supply
401 S. Wright Rd.
Janesville, WI 53547-1368

## Thank you for your order!
## Click Here for a Printer-Friendly Receipt

Your On-line order number is: **B6BEEB31946142399B416857AF.**

| Item # | Product | Price | Qty | Total |
|---|---|---|---|---|
| 138480-6 | Mapa® Tri-Lites Clean Process Gloves, Size 6 | $17.50 | 1 | $17.50 |
| 138480-7 | Mapa® Tri-Lites Clean Process Gloves, Size 7 | $17.50 | 1 | $17.50 |
| 138480-8 | Mapa® Tri-Lites Clean Process Gloves, Size 8 | $17.50 | 3 | $52.50 |
| 138480-9 | Mapa® Tri-Lites Clean Process Gloves, Size 9 | $17.50 | 3 | $52.50 |
| 14147 | Poly/Cotton Lab Apron, White | $4.50 | 3 | $13.50 |
| 38021 | 3M N100 Particulate Respirator with Valve | $9.20 | 6 | $55.20 |
| 4077L | LSS Men's White Lab Coat, 100% Cotton, Plastic But | $39.80 | 2 | $79.60 |
| 4077M | LSS Men's White Lab Coat, 100% Cotton, Plastic But | $39.80 | 2 | $79.60 |
| 4077S | LSS Men's White Lab Coat, 100% Cotton, Plastic But | $39.80 | 1 | $39.80 |
| 4077XL | LSS Men's White Lab Coat, 100% Cotton, Plastic But | $48.60 | 1 | $48.60 |
| 54877 | sellstrom® Non Vented Goggles Clear Anti-Fog lens | $3.60 | 6 | $21.60 |

Sub-Total: $477.90
Freight: $22.45
Tax: $.00
Order Total: $500.35

**Billing Address**

Tuskegee Institute NHS

1212 West Montgomery Road
Tuskegee, AL 36088
USA
334-727-9321

**Shipping Address**

**Attn:** Teresa Valencia
Tuskegee Institute NHS

1212 West Montgomery Road
Tuskegee, AL 36088
USA
334-727-9321

**Shipping Options**
UPS: Ground

**Payment Options**
Credit Card
Type: MasterCard
Number: ***********4848
Name: Teresa L. Valencia
Expiration Date: 05/2009

**Order Comments**

**Save this order as a shopping list**

**Click Here to continue shopping**

**Sign Off**

Get news and information customized for you. Answer a few questions so we can send you special offers and news that are right for you and your job responsibilities. Answering these nine questions will help us better tailor the special offers and news we send you. Go now . . .

Home | Our Guarantee | Privacy Statement | Terms of Access | Trademarks | Contact Us | Sitemap
**Questions and Orders: Call 1-800-356-0783 or Fax 1-800-543-9910**
© 2007 Lab Safety Supply Inc.



"Burton, Sheryl"
<sheryl.burton@psc.hh
s.gov>
04/30/2007 03:14 PM
AST

To: <Teresa_Valencia@nps.gov>
cc:
Subject: Re: Doctor

Sure.  However I will feel better mailing the results to your home.  I have your address.  I will
mail today.
Sheryl Burton
RNC Z4G
ph. 404.331.3340
sburton@psc.gov


----- Original Message -----
**From:** Teresa_Valencia@nps.gov
**To:** Burton, Sheryl
**Sent:** Monday, April 30, 2007 2:59 PM
**Subject:** Re: Doctor


Hi Sheryl:

Is there any way that I can get the Doctors name and phone number that is
reviewing my test results? If not, would it be possible to get a faxed copy
of my test results? Thanks

# Fax Transmission Cover Sheet

| | |
|---|---|
| **TO: TERESA VALENCIA** | **- FROM: MARGUERITE PAULSON** |
| | **PHONE: 1800-877-8805 EXT1583**<br><br>**FAX: 1770-621-7595** |
| | **REF: PROTECTED HEALTH INFO** |
| **FAX : 1334-727-1448**<br><br>**PHONE: 1334-727-3200** | **# of Pages including cover: 2** |

## CONFIDENTIALITY NOTICE
### PROTECTED HEALTH INFORMATION

If this FAX message contains medical information then it is confidential medical information, protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited.

This fax transmission contains confidential information, belonging to the sender, which may include proprietary information of Quest Diagnostics. The information is intended only for the use of the individual identified above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited. If you have received this FAX in error, please notify us immediately at the telephone number indicated above and either destroy these documents or return the originals to us by mail.



**Quest Diagnostics**

# REQUEST TO ACCESS
# PROTECTED HEALTH INFORMATION (PHI)

Date Received _____
Tracking Number _____
Initials _____

Quest Diagnostics maintains separate records for each patient visit. The information provided on this request form will be used to search our records. To protect your privacy, we will release the protected health information (PHI) only when our records search results in a match with the information you provide on this form.

The PHI maintained by Quest Diagnostics is contained in two types of records—the test result report for medical information and the patient invoice for billing information. In response to this request, Quest Diagnostics will provide copies of the test result report(s) and/or patient invoice(s). This information is also available by contacting your physician and/or your insurance carrier.

Quest Diagnostics relies on information provided by the physician at the time the laboratory test is ordered. The information provided by the physician may not be sufficient to accurately match the information you provide on this Request form. In such cases, Quest Diagnostics will protect our patients' privacy by not releasing results that do not conform to our strict criteria for determining matches. Therefore, although the information you provide in this request will assist us to positively identify your records, there is no guarantee that all of your records will be identified. Failure to provide all information we request may prevent us from identifying some of your records.

---

**Patient's Information: (BOLD TYPE indicates Required information. Incomplete requests will be denied.)**

**Patient's Name** _Teresa_    _Lynn_    _Valencia_
    First Name    Middle Name    Last Name

**Phone Number** (334) 727-9321 Daytime
    (334) 868-0901 Evening

**All other Names** (nicknames, alternate spellings, maiden name, etc.) _____

**Gender** ☐ Male ☒ Female    **Records requested** ☐ Invoices ☒ Medical Reports

**Date of Birth** 01-14-1967
    (MM/DD/YYYY)

**Address** (This is the address where the response will be sent.)
**Street** 6730 Pamela Court
**City** Montgomery    **State** AL    **ZIP** 36116

Social Security Number 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
(Not required, but may help us to match records)

Insurance ID# _____
(Not required, but may help us to match records)

---

**Laboratory Information: (BOLD TYPE indicates Required information. Incomplete requests will be denied.)**

**Ordering Physicians' (or Office) Name(s)** _____
_____
_____

**or Phone Number(s)** (____) ____-____
_____

**Address(es)** _____
_____
_____
_____

**Approximate Date(s) of Service (MM/DD/YYYY)** _____
_____
_____
_____

---

**Authorization: (BOLD TYPE indicates Required information. Incomplete requests will be denied.)**
By signing below you request that Quest Diagnostics search its electronic records and provide you with a copy of the matching PHI maintained on this patient. In certain circumstances, a legal representative of the patient may request information on behalf of the patient. If you are the legal representative of the patient, please provide proof of representation (court order, power of attorney, etc.).

**Printed Name** _Teresa Valencia_

**Relationship: (Check One)**
☒ Self    ☐ Parent    ☐ Legal Guardian    ☐ Legal Representative
                (Provide Proof)     (Provide Proof)

**Signature** _Teresa L. Valencia_    4/30/2007
                               Date

---

**Contact Us:**
Quest Diagnostics generally will respond within 30 days of receipt of this request. Please submit this form (and any proof of representation, if required) to:

**Quest Diagnostics Incorporated**
1777 Montreal Circle Mail Code AT033
Atlanta, GA 30084

Fax to:
770-621-7595



Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.8805

SPECIMEN INFORMATION
SPECIMEN:   AL124259A
REQUISITION: 7132706

COLLECTED:  04/17/2007   11:26 ET
RECEIVED:   04/17/2007   21:06 ET
REPORTED:   04/22/2007   04:12 ET

PATIENT INFORMATION
**VALENCIA, TERESA**

DOB: 01/14/1967 AGE: 40
GENDER: F FASTING: U

ID:
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**FED OCC HLTH Z4G**

CLIENT INFORMATION
A97503594                    QATL022
FED OCC HLTH-Z4G
RUSSELL FFEDERAL BLDG
75 SPRING ST
ATLANTA, GA 30303-3309

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ARSENIC, TOTAL INORGANIC, | | | | EY |
| URINE | | | | |
| CREATININE | 781.0 | | mg/L | |

    Reporting Limit: 5.0 mg/L

    ACGIH Normal range in adults:
    300 - 3400 mg/L (mean: 1000 mg/L)
    [0.3 - 3.4 g/L (mean: 1 g/L)]
    1000 - 1600 mg/day (1.0 - 1.6 g/day).
    Analysis by Colorimetry (C)

| ARSENIC | | | | |
|---|---|---|---|---|
| (TOTAL INORGANIC) | | None Detected | mcg/L | |

    Reporting Limit: 5.0 mcg/L

    Biological Exposure Index (ACGIH):
    35 mcg/L measured in an end of work week specimen.

| ARSENIC, TOTAL INORGANIC | | | | |
|---|---|---|---|---|
| (CREATININE CORRECTED) | | None Detected | mcg/g Creat | |

    Reporting Limit: 6.4 mcg/g Creat

    Various states require that levels above certain
    cutoffs must be reported to the state in which the
    patient resides.
    Please contact us if you need assistance in supplying
    your state with the required information.
    Analysis by Inductively Coupled Plasma/Mass
    Spectrometry (ICP/MS)

**PERFORMING LABORATORY INFORMATION**

EY   NMS LABS, 3701 WELSH ROAD, P.O. BOX 433A, WILLOW GROVE, PA  19090, Laboratory Director:  ROBERT A  MIDDLEBERG, PHD
    CLIA:  39D0197899

VALENCIA, TERESA - AL124259A                    Page 1 - End of Report



Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.8805

PATIENT INFORMATION
**VALENCIA, TERESA**

REPORT STATUS **FINAL**

DOB: 01/14/1967 AGE: 40
GENDER: F FASTING: U

ORDERING PHYSICIAN
**FED OCC HLTH Z4G**

SPECIMEN INFORMATION
SPECIMEN:    AL124260A
REQUISITION: 7132746

ID:
PHONE:

CLIENT INFORMATION
A97503594                 QATL022
FED OCC HLTH-Z4G
RUSSELL FFEDERAL BLDG
75 SPRING ST
ATLANTA, GA 30303-3309

COLLECTED: 04/17/2007   11:26 ET
RECEIVED:  04/17/2007   21:10 ET
REPORTED:  04/23/2007   16:33 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ARSENIC, RANDOM URINE | see note | | | AMD |

NONE-DETECTED.  THE LIMIT OF QUANTITATION FOR URINE
ARSENIC ASSAY IS 10 mcg/L.

Reference Range for Arsenic, Random Urine:

2nd Voided AM Urine for Nonexposed Adult:
    50 mcg/g creatinine or less

Biological Exposure Index (end of shift/work week):
    50 mcg/g creatinine or less

| | | | | |
|---|---|---|---|---|
| CREATININE, RANDOM URINE | 74.0 | | 20-320 mg/dL | |

**PERFORMING LABORATORY INFORMATION**

AMD   QUEST DIAGNOSTICS NICHOLS INSTITUTE CHANTILLY VA, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20153
      Laboratory Director:  NATHAN SHERMAN, MD, CLIA: 49D0221801

VALENCIA, TERESA - AL124260A

Page 1 - End of Report



**Tyrone Brandyburg**

05/01/2007 07:53 AM
CST

To: Teresa Valencia/TUIN/NPS@NPS, Robyn Harris/TUIN/NPS@NPS,
Shirley K Baxter/TUIN/NPS@NPS, John Whitfield/TUIN/NPS@NPS,
Carla Whitfield/TUIA/NPS@NPS, Tina Smiley/TUIN/NPS@NPS,

cc:

Subject: Mandatory Training

All Staff:

Please complete the following mandatory safety courses on DOI Learn by close of business 31 May 2007:

- Safety: Office Safety - Course Code 1556
- DOI Safety and Occupational Health - Course Code 1342

Upon completion, please print certificate and give a copy to Lorraine Thomas and myself.

Thanks

H. Tyrone Brandyburg
Chief of Resource Education & Interpretation
Tuskegee Institute National Historic Site
Tuskegee Airmen National Historic Site
Selma to Montgomery National Historic Trail
334-727-6390 Telephone
334-727-4597 Fax
tyrone_brandyburg@nps.gov

B0712300093    VALENCIA,TERESA L
DOB: 01/14/67    Age:40Y    MR #:545869
Admit Date/Time: 05/03/07    0801A    F
2328 GUTIERREZ,CARLOS M


**Baptist**
HEALTH

**ER PRESCRIPTION &**
**DISCHARGE INSTRUCTIONS**
Page 3 of 3

### DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

**MEDICINES PRESCRIBED**    If non, check this box: ☐    [illegible]

| Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTIONS GIVEN**

| | | | Return for signs of infection |
|---|---|---|---|
| Asthma | ☐ Crutches | ☐ Head Injury | ☐ Threatened Ab | Increased Redness |
| Back Pain | ☐ Fever | ☐ Otitis Media | ☐ Vomiting / Diarrhea | Increased Swelling |
| Cast/ Splint Care | ☐ Fracture | ☐ Sprains / Bruises | ☐ Wound Care | Increased Drainage |
| | | ☐ ST | ☐ Other(s) | Increased Heat |

Additional Instructions: _Meds as directed_
_rest & plenty fluids_
_see Primary MD as follow_

Referred to:
Dr. _____
Phone: _____
Call on next business day for follow-up appointment
in _____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☑ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified _____

☐ Education provided on new Medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☐ Patient
☐ Relative
☐ Other

_____    Time Released:    >    __ __ __ HRS

**INSTRUCTED BY:** _____    **PHYSICIAN:** _____

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |
|---|---|

☐ Patient was seen by Dr _____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☑ Will require time off work / school. Estimated time: _1_ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
Restrictions: _____
_____
☐ _____ was here with relative/child.
☐ Other _____

*Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.


**ER 160**

FORM # ER 16008  REV. 10/10/06



# Certificate of Completion
## for
# Safety: DOI Safety and Occupational Health Overview

### Is Presented To
## TERESA VALENCIA

This certifies that the person named above has successfully completed the interactive online course through the National Park Service DOI LEARN Management Portal on 05/08/2007.



# Certificate of Completion
## for

## Safety: Office Safety

### Is Presented To
## TERESA VALENCIA

This certifies that the person named above has successfully completed the interactive online course through the National Park Service DOI LEARN Management Portal on 05/08/2007.





**Federal Occupational Health**
a component of the US Public Health Service
Department of Health and Human Services

90 Seventh St, 4th Floor W, Ste 4-310
San Francisco, CA 94103

May 4, 2007

Teresa Valencia
6730 Pamela Court
Montgomery AL 36116

Dear Ms. Valencia,

First of all, my apologies for not writing sooner. My excuses are I have been in-and-out of the office three out of the last four weeks, and to boot we moved our entire office staff at the beginning of April. I had managed to make sure your labs were being performed and I have been told you were informed that they did not show an overexposure, so that added to my delay in getting this out to you.

My background is in Internal Medicine and Occupational Health and I have had a fair amount of experience with lead and arsenic testing. At one point I was on the San Francisco DeYoung Museum's Health & Safety Committee, and participated in seminars regarding the health hazards of artists. I certainly can appreciate your concern.

Your blood lead and ZPP results are supportive and consistent with a history of recent lack of exposure to lead. By recent I mean that it is unlikely you had any clinically significant exposure to lead in the past three months- at least. Inorganic arsenic was undetectable in the urine. The organic form of arsenic, which can be ingested with diets that include shellfish, was not measured, for the reason that this can confound results by raising total arsenic levels in the urine. It's the inorganic fraction which is culpable in cases of toxicity and this is the fraction we were concerned about.

Copies of the labs are enclosed for your files.

Altogether, there is no sign or 'smoking gun' of recent exposure to these heavy metals, and I hope you find these results reassuring. <u>If you still have questions</u>, I would recommend that you identify a reputable Occupational Medicine clinic prior to undergoing any further evaluation. I would not recommend pursuing

**healthy bodies**
sound minds

 **Federal Occupational Health**
a component of the US Public Health Service
Department of Health and Human Services



any further testing at this point, unless recommended you do so by a Board Certified Specialist.

If you still have concerns, the only clinic I would recommend in the State of Georgia would be:

**The Georgia Occupational and Environmental Toxicology Clinic**
Grady Memorial Hospital
80 Jesse Hill Jr. Drive
12th Floor, C Wing
Atlanta, Georgia 30303
Clinic Founded 1990
**AOEC Contact**
Brent W. Morgan, MD
Offices: 404-616-4403
Fax: 404-616-6657

More sites can be found at: http://www.aoec.org/directory.htm

I hope that this letter finds you well and again, please accept my apologies for the delay.

Sincerely,

Lee Wugofski MD, MPH
Federal Occupational Health Service
Board Certified, Occupational Medicine
Board Certified, Internal Medicine

**healthy bodies**
**sound minds**
**a safe place to work**



**OUR NEW ADDRESS as of 4/6/07**
DEPT OF HEALTH & HUMAN SERVICES
Federal Occupational Health
90 7th Street, Suite 4-310
San Francisco CA  94103-6705

FIRST CLASS

UNITED STATES POSTAGE

$ 00.39⁰

02 1A
0004613712    MAY 04 2007
MAILED FROM ZIP CODE 94102

Teresa Valencia
6730 Pamela Court
Montgomery AL  36116

**CONFIDENTIAL**

3611652151 R034

.Teresa Valencia

05/07/2007 07:52 AM
CDT

To: "Burton, Sheryl" <sheryl.burton@psc.hhs.gov>
cc:
Subject: Re: Doctor

Dear Ms. Sheryl Burton:

I would like to request a chain of custody for my first urine sample as well as a copy of the release form that I signed. It was my understanding that the release form that I signed was for the Doctor in California...is that correct? If possible, could you fax a copy of that release form to me to (334)727-1448.

Thank you for your time and assistance in this matter.

Respectfully yours,

Teresa Valencia

May 7, 2007

OSHA
Attn: Tuxberry Suber II
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609

Dear Mr. Tuxberry Suber II:

I would like to thank you for responding to my complaint in such a prompt manner. As
per our conversation, I would like to request a copy of your report in total upon
completion. I would also like to request that several copies of your report be sent to the
Secretary of the Interior, the Director of the National Park Service, and the Southeast
Regional Director.

I believe it is imperative that safety and health issues be brought to the attention of
individuals that can enforce issues of compliance. As you have stated all individuals have
the right to a safe workplace.

Again, thank you for your prompt response and I look forward to hearing from you in the
near future.

Sincerely,

Teresa Valencia
Museum Specialist

cc: addresses of officials

Department of Interior
Dirk Kempthorne, Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

Department of Interior
Mary Bomar, Director of the National Park Service
1849 C Street N.W.
Washington, D.C. 20240

National Park Service
Patricia Hooks, Regional Director
100 Alabama Street S.W.
1924 Building
Atlanta, G.A. 30303

May 10, 2007

National Park Service
U. S. Department of the Interior
1212 West Montgomery Road
Tuskegee, Alabama 36088

Dear Superintendent Light,

I have enclosed copies of my business card for documenting my OSHA inspection.
Please distribute a card to Ms. Teresa Valencia and Mr. Wendell Echols, respectively.

I will hold a final closing conference via telephone when the sampling results are
received and calculated.

If you have any questions or concerns, please contact me.

Sincerely,

Tuxberry Suber II
Industrial Hygienist
U. S. Department of Labor / OSHA
Mobile Area Office
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609

Cc:
File



**U.S. DEPARTMENT OF LABOR**
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

**Tuxberry Suber II**
Industrial Hygienist
Mobile Area Office

| | |
|---|---|
| 1141 Montlimar Drive | Telephone: (251) 441-6131 |
| Suite 1006 | 1 (800) 321-OSHA |
| Mobile, AL 36609 | Fax: (251) 441-6396 |
| | Website: www.osha.gov |