IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, DC, *et al*., ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Defendant's *Motion for Extension of Time* (Doc. 25, filed May 22, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED.** To the extent Plaintiff requests a 21 day extension the motion is granted from the date the response was due. As such, the response to the motion to dismiss is now due **June 10, 2008**. Defendant's reply deadline is also extended to **June 17, 2008**.

DONE this 22nd day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE