IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Teresa Valencia,
Plaintiff,

vs,

Department of Interior, Washington, D.C.,
Catherine Farmer Light in her
Individual capacity
and official capacity,
Requesting for injunctive relief,
Herbert Tyrone Brandyburg in his
Individual capacity
and official capacity,
Requesting for injunctive relief,
Defendants.

Cause No: 3:08cv69
Demand for 7th amendment Jury trial

## Motion for Second Extension of Time

Comes now Teresa Valencia and submits the following Motion of extension of time. The Plaintiff prays that the court may grant 21 days extension for the following to wit:

1. The Plaintiff has brought this litigation in good faith and prays that the extension of 21 days is granted, due to the defendant not having prior legal experience in the manner of 42 U.S. C. 1983 She is without the knowledge to properly litigate the matter as an attorney would and puts forth her claims before the courts to bring a colorable claim under well established supreme court precedence.
2. The plaintiff has just received the documents and needs more time to respond in the proper manner
3. The plaintiff is seeking to file a motion for appointment of counsel to help litigate the matter.
4. The plaintiff brings this motion in good faith not for the purpose to delay the case but in an effort to put forth the best proper response to the defendant's motion. Wherefore the plaintiff prays that this motion is granted.

Respectfully Submitted,

Teresa Valencia

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

2008 JUN 11  A 10: 40

｜RA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Teresa Valencia,
Plaintiff,

vs,

Department of Interior, Washington, D.C.,
Catherine Farmer Light in her
Individual capacity
and official capacity,
Requesting for injunctive relief,
Herbert Tyrone Brandyburg in his
Individual capacity
and official capacity,
Requesting for injunctive relief,
Defendants.

Cause No: 3:08cv69
Demand for 7th amendment Jury trial

### Certificate of Service

The undersign Teresa Valencia being denied in violation of the Constitution of the United States, does hereby certify that she has by this date June 9, 2008 caused a copy of the following documents filed in connection with the above captioned case to be served on the above individuals by causing same to be placed in the U.S. Mail Depository for ongoing mail of the Post Office, 1st Class postage prepaid, and the address as following as indicated.

1. Motion for Extension of Time
2. Notice of Filling
3. Certificate of Service

*[In want of Counsel]*

Respectfully Submitted,

*/s/ Teresa Valencia*

Teresa Valencia