IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA
EASTERN DIVISION

2008 JUN 11 A 10: 41

Civil No:

3:08-cv-069-WKW

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Teresa Valencia vs. Department of Interior, Washington, D.C.

**Notice of Filing**

Please Take Notice

Come now, Teresa Valencia, in want of counsel submits she has cause to be served on the court (3) copies to the clerk, and (1) copy to the Defendants Attorney.

Leura G. Canary
United States Attorney
James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 281445
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Date

June 10, 2008

Respectfully Submitted

Teresa Valencia

In the District Court of the
United States for the Middle District
of Alabama
Eastern Division

Teresa Valencia vs. Department of Interior, Washington D.C.

Civil No:

3:08-cv-069-WKW

### Certificate of Services

Please take Notice Teresa Valencia in want of counsel, and cause the following to be served on the clerk & Defendants Attorney at the Address:

James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 231445
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

Date                                                Respectfully Submitted

June 10, 2008                                       _____
                                                    Teresa Valencia