IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Teresa Valencia,
Plaintiff,

vs,

Department of Interior, Washington, D.C.,
Catherine Farmer Light in her
Individual capacity
and official capacity,
Requesting for injunctive relief,
Herbert Tyrone Brandyburg in his
Individual capacity
and official capacity,
Requesting for injunctive relief,
Defendants.

Cause No: 3:08cv69
Demand for 7th amendment Jury trial

## NOTICE OF FILLING

Please take notice that the undersigned Teresa Valencia has caused to be filled by this 9th day of June 2008 the following documents in the above caption case with the United States District Court for the Middle District Alabama.

1. Motion for Extension of Time
2. Notice of Filling
3. Certificate of Service

*[In want of Counsel]*


Respectfully Submitted,

*[signature]*

Teresa Valencia

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

2008 JUN 11 A 10: 40

Teresa Valencia,
Plaintiff,

vs,

Department of Interior, Washington, D.C.,
Catherine Farmer Light in her
Individual capacity
and official capacity,
Requesting for injunctive relief,
Herbert Tyrone Brandyburg in his
Individual capacity
and official capacity,
Requesting for injunctive relief,
Defendants.

Cause No: 3:08cv69
Demand for 7th amendment Jury trial

### Certificate of Service

The undersign Teresa Valencia being denied in violation of the Constitution of the United States, does hereby certify that she has by this date June 9, 2008 caused a copy of the following documents filed in connection with the above captioned case to be served on the above individuals by causing same to be placed in the U.S. Mail Depository for ongoing mail of the Post Office, 1st Class postage prepaid, and the address as following as indicated.

1. Motion for Extension of Time
2. Notice of Filling
3. Certificate of Service

*[In want of Counsel]*

Respectfully Submitted,

Teresa Valencia