IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, DC, *et al.*, ) | |
| Defendants. ) | |

## ORDER

There Court hereby **VACATES** its prior briefing orders relating to Defendant's *Motion to Dismiss*. *See* Docs. 20 and 26. The Court now enters the following order.

Upon consideration of Defendant's *Motion to Dismiss* (Docs. 18-19, filed April 29, 2008), it is **ORDERED** that the Plaintiff shall file a response **on or before June 20, 2008**. Defendant shall have until **June 27, 2008** to file any reply they wish to file. The motion shall be taken under submission on that day for determination without oral argument.

It is further **ORDERED** that Plaintiff's *Motion for Second Extension of Time* (Doc. 27, filed June 11, 2008) is **DENIED**. Plaintiff shall adhere to the above referenced deadlines established by the Court. Plaintiff is further advised she will receive no further extensions on this issue.

Court imposed deadlines are not optional and generally not negotiable. The Court notes Plaintiff took the time to file her own dispositive motion in lieu of responding to Defendant's motion. *See* Doc. 30. As such, the Court finds it difficult to fathom how she

did not have time to comply with the previously established deadline. However, since Plaintiff is pro se, the Court is granting her this short reprieve. The Court urges Plaintiff to heed the Court's warning that future extensions are not guaranteed. The Court also advises Plaintiff last minute extension requests are disfavored by the courts.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if she fails to file *any* response, the court will proceed to decide on the merits of Defendants' motion without the benefit of her response.

2. Failure to follow the requirements of this Order in responding to the Defendants' motion may result in the entry of a final judgment in Defendants' favor without any trial.

DONE this 12th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE