IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TERESA VALENCIA** | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO.: |
| | ) 3:08-CV-069-WKW |
| | ) |
| **DEPARTMENT OF INTERIOR** | ) |
| **WASHINGTON, D.C.;** | ) |
| **CATHERINE FARMER LIGHT,** | ) |
| **SUPERINTENDENT, IN HER** | ) |
| **INDIVIDUAL CAPACITY** | ) |
| **AND OFFICIAL CAPACITY; AND** | ) |
| **HERBERT TYRONE BRANDYBURG,** | ) |
| **SUPERINTENDENT, IN HIS** | ) |
| **INDIVIDUAL CAPACITY AND** | ) |
| **OFFICIAL CAPACITY,** | ) |
| | ) |
| **Defendants,** | ) |

## CONFLICT DISCLOSURE STATEMENT

   COMES NOW Teresa Valencia, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or
☑ This party is a governmental entity, or
❑ There are no entities to be reported, or
❑ The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| | Witnesses for Plaintiff |
| James Lowe, Union President<br>AFGE Local 110<br>2400 Hospital Road<br>Tuskegee, Alabama 36083<br>(334)727-0550 ext. 3454 | Union President |
| Bobby Henderson, Union Vice President<br>AFGE Local 110<br>2400 Hospital Road<br>Tuskegee, Alabama 36083<br>(334)202-7095 or (334)727-0550 ext. 3454 | Union Vice President |
| Wendell Echols, Chief Steward<br>AFGE Local 110<br>2400 Hospital Road<br>Tuskegee, Alabama 36083<br>(334)421-2113 or (334)727-0550 ext. 3454 | Union Chief Steward |
| Tuxberry Suber II, Industrial Hygienist<br>U.S. Department of Labor<br>Occupational Safety and Health Administration<br>1141 Montlimar Drive, Suite 1600<br>Mobile, Alabama 36609<br>(251)441-6131or (251)370-4380 | OSHA Industrial Hygienist |
| Janet Jackson, M. Ed., LPC<br>Behavioral Medicine<br>6324 Woodmere Boulevard<br>Montgomery, Alabama 36117<br>(334)272-3889 | Employee Assistance Program Councilor |
| Kenneth Walton, Volunteer In Parks<br>University Inn #34<br>P.O. Box 2745<br>Cullowhee, North Carolina 28723<br>(512)496-0199 or (828)290-2224 | NPS Volunteer/No longer volunteer |
| Deanna Mitchell, Site Manager<br>Tuskegee Airmen National Historic Site<br>1616 Chappie James Avenue<br>Tuskegee, Alabama 36083<br>(334)724-0922 or (850)832-9930 | Employee<br>Under Catherine Farmer Light's Authority |

| | |
|---|---|
| Carla McCurty, Park Guide<br>Tuskegee Airmen National Historic Site<br>1616 Chappie James Avenue<br>Tuskegee, Alabama 36083<br>(334)724-0922 | Employee<br>Under Catherine Farmer Light's<br>And Herbert Tyrone Brandyburg's<br>Authority |
| Christine Biggers, Interpretive Park Ranger<br>Tuskegee Airmen National Historic Site<br>1616 Chappie James Avenue<br>Tuskegee, Alabama 36083<br>(334)724-0922 | Employee<br>Under Catherine Farmer Light's<br>And Herbert Tyrone Brandyburg's<br>Authority |
| John Whitfield, Park Guide<br>Tuskegee Airmen National Historic Site<br>1616 Chappie James Avenue<br>Tuskegee, Alabama 36083<br>(334)724-0922 or (334)283-4100 | Employee<br>Under Catherine Farmer Light's<br>And Herbert Tyrone Brandyburg's<br>Authority |
| Carla Cowles Whitfield, Interpretive Park Ranger<br>Tuskegee Institute National Historic Site<br>1212 West Montgomery Road<br>Tuskegee, Alabama 36088<br>(334)727-3200 or (334)283-4100 | Employee<br>Under Catherine Farmer Light's<br>And Herbert Tyrone Brandyburg's<br>Authority |
| Shirley Baxter, Interpretive Park Ranger<br>Tuskegee Institute National Historic Site<br>1212 West Montgomery Road<br>Tuskegee, Alabama 36088<br>(334)727-3200 or (334)300-5945 | Employee<br>Under Catherine Farmer Light's<br>And Herbert Tyrone Brandyburg's<br>Authority |
| Edward Wilson, Gardener<br>Tuskegee Institute National Historic Site<br>1212 West Montgomery Road<br>Tuskegee, Alabama 36088<br>(334)799-0965 | Former (Retired Disabled)<br>Under Catherine Farmer Light's<br>Authority |
| Renee Frazier<br>2090 Kingsbury<br>Montgomery, Alabama 36106<br>(706)464-9032 | Former Employee<br>Under Catherine Farmer Light's<br>and Herbert Tyrone Brandyburg's<br>Authority |
| Diane May<br>936 Peartree Road<br>Auburn, Alabama 36830<br>(334)663-6294 or (334)240-6588 | Former Employee<br>Under Catherine Farmer Light's<br>Authority |

6/18/2008
Date

Signature _Teresa Valencia, Pro Se_
Counsel

Teresa Valencia, Pro Se
Counsel for (print names of all parties)

8239 Inverness Green, Buena Park, CA 90621
Address, City, State Zip Code

(334) 868-0501
Telephone Number

Plaintiff, Teresa Valencia has had a change of address. The following address is the Plaintiff's current address:

Teresa Valencia
8239 Inverness Green
Buena Park, CA 90621

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TERESA VALENCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: |
| ) | 3:08-CV-069-WKW |
| ) | |
| DEPARTMENT OF INTERIOR ) | |
| WASHINGTON, D.C.; ) | |
| CATHERINE FARMER LIGHT, ) | |
| SUPERINTENDENT, IN HER ) | |
| INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY; AND ) | |
| HERBERT TYRONE BRANDYBURG, ) | |
| SUPERINTENDENT, IN HIS ) | |
| INDIVIDUAL CAPACITY AND ) | |
| OFFICIAL CAPACITY, ) | |
| ) | |
| Defendants, ) | |

### Certificate of Service

The undersign Teresa Valencia does hereby certify that she has by this date June 18, 2008 caused a copy of the following documents filed in connection with the above captioned case to be served on the above individuals by causing same to be placed in the U.S. Mail Depository for ongoing mail of the Post Office, 1st Class postage prepaid, and the address as following as indicated.

1. Conflict Disclosure
2. Change of Address
3. Notice of Filing

[In want of Counsel]

Respectfully Submitted,

_____, Pro Se
Teresa Valencia

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

CIVIL ACTION NO.:

3:08-CV-069-WKW

Notice of Filing

Please Take Notice
COME NOW Teresa Valencia, in want of counsel submits she has cause to be served on the court (1) copy to the clerk, and (1) copy to the Defendants Attorney.

Leura G. Canary
United States Attorney
James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 281445
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Date

6-18-2008

Respectfully Submitted

_Teresa Valencia_, Pro Se