IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Teresa Valencia, ) | |
| Plaintiff, ) | |
| ) | |
| vs, ) | |
| ) | |
| Department of Interior, Washington, D.C., ) | |
| Catherine Farmer Light in her ) | |
| Individual capacity ) | |
| and official capacity, ) | |
| ~~Requesting for injunctive relief,~~ ) | |
| Herbert Tyrone Brandyburg in his ) | |
| Individual capacity ) | |
| and official capacity, ) | Case No: 3:08-cv-069-WKW |
| Requesting for injunctive relief, ) | Demand for 7th amendment Jury trial |
| Defendants. ) | |

## AMENDED CONFLICT DISCLOSURE STATEMENT

COMES NOW Teresa Valencia, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- o   This party is and individual, or
- o   This party is a governmental entity, or
- o   There are no entities to be reported, or
- ✓   The following entities and their relationship to the party are hereby reported:

**Reportable Entity**
Department of Interior
_____

**Relationship to Party**
Catherine Farmer Light
Herbert Tyrone Brandyburg
_____

7/15/2008
Date

Signature _Teresa Valencia_, Pro Se
Counsel

_Teresa Valencia, Pro Se_
Counsel for (print names of all parties)

_8239 Inverness Green, Buena Park, CA 90621_
Address, City, State Zip Code

_(334) 868-0901_
Telephone Number

**In the District Court of the
United States for the Middle District
Of Alabama
Eastern Division**

Teresa Valencia vs Department of Interior, Washington, D.C.

Civil No:

3:08-cv-069-WKW

Certificate of Services

Please take Notice Teresa Valencia in want of counsel, and cause the following to be served on the clerk & Defendants Attorney at the Address:

James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 231445
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

Date

7/15/2008

Respectfully Submitted

Teresa Valencia