IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TERESA VALENCIA (Pro'Se)** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO.:** |
| ) | **3:08-CV-069-WKW** |
| ) | **JUDGE TERRY F. MOORER** |
| ) | |
| **DEPARTMENT OF INTERIOR** ) | |
| **WASHINGTON, D.C.;** ) | |
| **CATHERINE FARMER LIGHT,** ) | |
| **SUPERINTENDENT, IN HER** ) | |
| **INDIVIDUAL CAPACITY** ) | |
| **AND OFFICIAL CAPACITY; AND** ) | |
| **HERBERT TYRONE BRANDYBURG,** ) | |
| **SUPERINTENDENT, IN HIS** ) | |
| **INDIVIDUAL CAPACITY AND** ) | |
| **OFFICIAL CAPACITY,** ) | |
| ) | |
| ) | |
| **Defendants,** ) | |

### Motion for Extension of Time

   COME NOW Teresa Valencia and submit's the following Motion of extension of time. The Plaintiff prays that the court may grant 21 days extension for the following to wit:

1. The Plaintiff has brought this litigation in good faith and prays that the extension of 21 days is granted. She is without the knowledge to properly litigate the matter as an Attorney would and puts forth her claims before the courts to bring a colorable Claim under well established supreme court precedence.

2. The Plaintiff who resides in Buena Park, California just received the documents and needs more time to respond in the proper manner.

3. The Plaintiff is seeking to file a motion for appointment of counsel to help litigate the matter.

4. The Plaintiff brings this motion in good faith not for the purpose to delay the case but in an effort to put forth the best proper response. Wherefore the Plaintiff prays that this motion is granted.

Date                                                                                           Respectfully Submitted

*Aug 8, 2008*                                                                           *[signature]*

IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA
EASTERN DIVISION

Teresa Valencia vs. Department of Interior, Washington, D.C.

Civil No:

3:08-cv-069-WKW

### Certificate of Service

Please Take Notice, Teresa Valencia, in want of counsel, and cause the following to be served on the clerk and Defendants Attorney.

Leura G. Canary
United States Attorney
James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 281445
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Date

Aug 8, 2008

Respectfully submitted

IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA
EASTERN DIVISION

Civil No:

3:08-cv-069-WKW

Teresa Valencia vs. Department of Interior, Washington, D.C.

**Notice of Filing**

Please Take Notice
Come Now, Teresa Valencia, in want of counsel, and cause the following to be served on the court (1) copy to the clerk, and (1) copy to the Defendants Attorney.

Leura G. Canary
United States Attorney
James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 281445
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Date                                                     Respectfully submitted

Aug 8, 2008