IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA VALENCIA | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cv-069-WKW |
| | ) | |
| DEPARTMENT OF INTERIOR, | ) | |
| WASHINGTON, DC, *et al.*, | ) | |
|     Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Second Extension of Time* (Doc. 41, filed August 11, 2008). Plaintiff does not specify what extension she is seeking, so the Court can only assume her extension request relates to the deadline to file objections to the Report and Recommendation (Doc. 38). For good cause, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. To the extent Plaintiff seeks a 21 day extension, her request is denied. Plaintiff is granted an extension until **September 2, 2008** to file any objections.

Plaintiff also appears to request appointment of counsel. *See* ¶ 3. A civil litigant has no constitutional right to the appointment of counsel in a civil case. *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). The appointment of counsel is only justified by exceptional circumstances. *Id*. At this time, the Court concludes this case does not present exceptional circumstances, such as issues that are so novel or complex, as to justify the appointment of counsel. Accordingly, it is **ORDERED** Plaintiff's request for appointment

of counsel (Doc. 41 at ¶ 3) is hereby **DENIED**.

    DONE this 12th day of August, 2008.

                                      /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE