IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA VALENCIA (Pro Se) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No: | |
| | ) 3:08-cv-069WKW - TFM | |
| | ) | |
| DEPARTMENT OF INTERIOR, | ) | |
| WASHINGTON, D.C.; | ) | |
| CATHERINE FARMER LIGHT, | ) | |
| SUPERINTENDENT, IN HER | ) | |
| INDIVIDUAL CAPACITY | ) | |
| AND OFFICIAL CAPACITY, | ) | |
| REQUESTING INJUCTIVE RELIEF; | ) | |
| AND HERBERT TYRONE | ) | |
| BRANDYBURG, SUPERINTENDENT, | ) | |
| IN HIS INDIVIDUAL CAPACITY | ) | |
| AND OFFICIAL CAPACITY, | ) | |
| REQUESTING INJUNCTIVE RELIEF | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Interlocutory Appeal pursuant to 28 u.s.c.a §1292.**

   NOW COMES, Teresa Valencia in want of counsel, and submits the following:
Notice of Interlocutory Appeal pursuant to 28 u.s.c.a. §1292. According to the Judge's
recommendations document to be granted paragraphs 1, 4, 5, 6, 7, 9, 10, 11, 12, and 15.

Plaintiff is requesting that courts hand down appealing recommendations, due to the fact
that it's a final judification of the counts on the merits. Plaintiff is seeking a de novo
review.

Date                                                                Respectfully submitted

*August 25, 2008*                                                   *Teresa Valencia*, Pro Se
                                                                    Teresa Valencia, Pro Se

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA (Pro Se) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 3:08-cv-069WKW - TFM |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, D.C.; ) | |
| CATHERINE FARMER LIGHT, ) | |
| SUPERINTENDENT, IN HER ) | |
| INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY, ) | |
| REQUESTING INJUCTIVE RELIEF; ) | |
| AND HERBERT TYRONE ) | |
| BRANDYBURG, SUPERINTENDENT, ) | |
| IN HIS INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY, ) | |
| REQUESTING INJUNCTIVE RELIEF ) | |
| ) | |
| Defendants. ) | |

**Designation of Records**

NOW COMES, Teresa Valencia in want of counsel, and submits the following: Designation of Records. I, Teresa Valencia, would like for all Documents to be transferred to the 5th Circuit Appellate Court for Appeal of Civil No. 3:08-cv-069WKW – TFM. Docket Nos. 30, 36, 37, 38, 39, and 40.

Date                                                                 Respectfully Submitted

August 25, 2008                                              _____, Pro Se
                                                                          Teresa Valencia, Pro Se

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERESA VALENCIA (Pro Se) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 3:08-cv-069WKW - TFM |
| ) | |
| DEPARTMENT OF INTERIOR, ) | |
| WASHINGTON, D.C.; ) | |
| CATHERINE FARMER LIGHT, ) | |
| SUPERINTENDENT, IN HER ) | |
| INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY, ) | |
| REQUESTING INJUCTIVE RELIEF; ) | |
| AND HERBERT TYRONE ) | |
| BRANDYBURG, SUPERINTENDENT, ) | |
| IN HIS INDIVIDUAL CAPACITY ) | |
| AND OFFICIAL CAPACITY, ) | |
| REQUESTING INJUNCTIVE RELIEF ) | |
| ) | |
| Defendants. ) | |

**Certificate of Service**

NOW COMES, Teresa Valencia, in want of counsel, and submits the following: Certificate of Service. The Plaintiff "Valencia" states she has cause to be filed, one original Notice of Appeal, and one original Designation of Records, and one original copy of Certificate of Service, which has been sent via U.S. Postal Service Mail from: 8239 Inverness Green, Buena Park, CA 90621 to Defendants Attorney.

James Joseph DuBois
U.S. Attorney's Office
P.O. Box 197
Montgomery, Al 36101

And also a copy to the clerk of the United States District court of Alabama.

Date                                                                       Respectfully submitted

August 25, 2008                                                            Teresa Valencia, Pro Se
                                                                           (334)868-0901

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Civil No:
3:08-cv-069-WKW

Teresa Valencia vs Department of Interior, Washington, D.C.

Notice of Filing

Please Take Notice
Come Now, Teresa Valencia, in want of counsel, and cause the following to be served on the court (1) copy to the clerk, and (1) copy to the Defendant's Attorney.

Leura G. Canary
United States Attorney
James J. DuBois
Assistant U.S. Attorney
Georgia Bar No. 281445
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Date

August 25, 2008

Respectfully submitted

Teresa Valencia, Pro Se